FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 27 P 4:34

AT BALTIMORE

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

ANTHONY PASSAUER

    Plaintiff,

v.

QUEST DIAGNOSTICS INCORPORATED,

    Defendant.

Civil No.: CCB 03-CV-159

## ORDER

AND NOW, this 27 day of Jan, 2003, upon consideration of the Agreed Motion to Extend Time to Answer or Otherwise Plead, and the entire record herein, it is

ORDERED, that the Agreed Motion to Extend Time to Answer or Otherwise Plead is GRANTED, and it is further

ORDERED, that Defendant shall answer or otherwise plead by Monday, February 10, 2003.

Date: __1/27__, 2003

_____
United States District Judge

Copies to:

J. Scott Morse, Esq.
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD 21202

Attorney for Plaintiff
Anthony Passauer

Frank C. Morris, Jr., Esq.
Bar No. 05157
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Attorneys for Defendant
Quest Diagnostics Incorporated

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

JAN 27 2003

UNITED STATES DISTRICT JUDGE

DC:214180.1