IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY PASSAUER<br><br>          **Plaintiff,**<br><br>   v.<br><br>QUEST DIAGNOSTICS INCORPORATED,<br><br>          **Defendant.** | Civil No.: CCCB 03-CV-159 |

**AGREED MOTION TO MODIFY SCHEDULING ORDER**

Now comes Defendant, Quest Diagnostics Incorporated, by counsel, and moves to modify the scheduling order in this case, as follows:

1. Under the present scheduling order in this case, the discovery deadline and the date for submission of the status report is June 25, 2003; requests for admission are due July 2, 2003; and the deadline for dispositive pretrial motions is July 25, 2003.

2. The parties have engaged in discovery, and also have engaged in unsuccessful settlement discussions. The parties had also discussed scheduling the Plaintiff's deposition for the week of June 16, 2003.

3. However, Plaintiff was hospitalized on or about June 13, 2003, was expected to be in the hospital at least one week, and thereafter was expected to have a recuperation period of unknown length. As a result, Defendant was unable to take Plaintiff's deposition during the week of June 16, and it will not be possible to schedule his deposition until sometime after the present June 25 date for the close of discovery.

4. Accordingly, Defendant requests that the Court extend the discovery deadline by sixty days, or through Tuesday, August 26, 2003, for the purpose of Defendant taking the

deposition of Plaintiff. Defendant further requests that the other remaining deadlines in the scheduling order be extended by an equivalent amount.

5.    The undersigned has contacted counsel for the Plaintiff, J. Scott Morse, who has stated that he has no objection to the requested extension.

WHEREFORE, Defendant respectfully requests that its motion be granted, that discovery be extended sixty days, or through Tuesday, August 26, 2003, for the purpose of Defendant taking the deposition of Plaintiff, and that the other remaining deadlines in the scheduling order also be extended by an equivalent amount. An appropriate Order is attached.

                                             Respectfully submitted,

_____/s/_____
Frank C. Morris, Jr., Esq.
Bar No. 05157
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Attorneys for Defendant
Quest Diagnostics Incorporated

Dated: June 25, 2003

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Joint Motion to Modify Scheduling Order which was electronically filed in this case on June 25, 2003, was served this 25th day of June, 2003, by U.S. mail, postage prepaid, on the following:

> J. Scott Morse, Esq.
> Law Office of J. Scott Morse, LLC
> 334 St. Paul Place
> Baltimore, MD 21202
>
> Attorneys for Plaintiff

_____/s/_____
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 861-0900
Fax: (202) 296-2882

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY PASSAUER**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**QUEST DIAGNOSTICS INCORPORATED,**<br><br>        **Defendant.** | **Civil No.: CCB 03-CV-159** |

## **ORDER**

AND NOW, this ____ day of _____, 2003, upon consideration of the Joint Motion to Modify Scheduling Order, and the entire record herein, it is

ORDERED, that the Agreed Motion to Modify Scheduling Order is GRANTED, and it is further

ORDERED, that the deadline for completing discovery is extended through August 26, 2003 for the purposes of Defendant taking the deposition of Plaintiff; and it is further

ORDERED, that the deadline for submitting a status report is extended through August 26, 2003; the deadline for requests for admission is extended through September 2, 2003; and the deadline for dispositive pretrial motions is extended through September 23, 2003.


Date: _____, 2003      _____
                                                                United States District Judge

2

Copies to:

| | |
|---|---|
| J. Scott Morse, Esq.<br>Law Office of J. Scott Morse, LLC<br>334 St. Paul Place<br>Baltimore, MD 21202<br><br>Attorney for Plaintiff<br>Anthony Passauer | Frank C. Morris, Jr., Esq.<br>Bar No. 05157<br>Brian W. Steinbach, Esq.<br>Bar No. 024849<br>EPSTEIN BECKER & GREEN, P.C.<br>1227 25th Street, N.W., Suite 700<br>Washington, D.C. 20037<br><br>Attorneys for Defendant<br>Quest Diagnostics Incorporated |