IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY PASSAUER<br><br>Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED,<br><br>Defendant. | Civil No.: CCB 03-CV-159 |

### ORDER

AND NOW, this 1st day of July, 2003, upon consideration of the Joint Motion to Modify Scheduling Order, and the entire record herein, it is

ORDERED, that the Agreed Motion to Modify Scheduling Order is GRANTED, and it is further

ORDERED, that the deadline for completing discovery is extended through August 26, 2003 for the purposes of Defendant taking the deposition of Plaintiff; and it is further

ORDERED, that the deadline for submitting a status report is extended through August 26, 2003; the deadline for requests for admission is extended through September 2, 2003; and the deadline for dispositive pretrial motions is extended through September 23, 2003.

Date: July 1, 2003

Catherine Blake, /s/
United States District Judge

Copies to:

J. Scott Morse, Esq.
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD 21202

Attorney for Plaintiff
Anthony Passauer

Frank C. Morris, Jr., Esq.
Bar No. 05157
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Attorneys for Defendant
Quest Diagnostics Incorporated