# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY PASSAUER**<br>**Plaintiff,**<br><br>v.<br><br>**QUEST DIAGNOSTICS INCORPORATED,**<br>**Defendant.** | **Civil No.: CCB 03-CV-159** |

## DEFENDANT'S STATUS REPORT

Pursuant to the scheduling in order in this case, Defendant Quest Diagnostics Incorporated, files this status report.

A. Discovery is completed. However, Defendant is aware that Plaintiff takes issue with its failure to answer his untimely served discovery requests, to which it timely objected.

B. There are no pending motions.

C. Defendant intends to file a dispositive pretrial motion.

D. Plaintiff has requested a jury trial as to those issues triable to a jury. Defendant estimates trial will last two days.

E. The parties have engaged in settlement negotiations by means of multiple telephone conversations between counsel during the months of February through June 2003 but have been unable to reach agreement.

F. Defendant does not at this time believe that a referral to another judge for a settlement conference or mediation may be helpful.

DC:231786v1

G. Defendant does not at this time consent to proceeding before a U.S. Magistrate, but may be willing to reconsider its position after the resolution of any dispositive pretrial motion.

Respectfully submitted,

_____/s/_____
Frank C. Morris, Jr., Esq.
Bar No. 05157
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Attorneys for Defendant
Quest Diagnostics Incorporated

Dated: August 26, 2003

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant's Status Report was electronically filed on August 26, 2003 and thereby also electronically served on the following:

> J. Scott Morse, Esq.
> Law Office of J. Scott Morse, LLC
> 334 St. Paul Place
> Baltimore, MD 21202
>
> Attorneys for Plaintiff

_____/s_____
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Attorneys for Defendant
Quest Diagnostics Incorporated