IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY PASSAUER**<br>         **Plaintiff,**<br><br>    v.<br><br>**QUEST DIAGNOSTICS INCORPORATED,**<br>         **Defendant.** | Civil No.: CCB 03-CV-159 |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes Defendant Quest Diagnostics Incorporated ("Quest"), by counsel, and pursuant to Fed. R. Civ. P. 56 moves for summary judgment as to all claims against it, there being no disputed material facts and Defendant Quest being entitled to judgment as a matter of law. In particular, based on the undisputed facts, Plaintiff cannot establish that Quest violated the Family and Medical Leave Act, 29 U.S.C. §2601, et seq., or that Quest is liable to him under any of the four common law claims that he alleges.

In support thereof, Defendant Quest submits the accompanying Memorandum of Law in Support of Motion for Summary Judgment; the attachments submitted in support thereof, consisting of (1) the Declaration of Marilyn Martin Holthaus and accompanying exhibits, (2) excerpts and certain exhibits from Plaintiff's deposition, (3) the Declaration of Sayed (Ali) Haghgoo, (4) the Declaration of Lynn Neidenbach, and (5) copies of three unreported cases; and the Court's entire record in this case.

**WHEREFORE**, Defendant Quest respectfully requests that the Court grant this motion, and enter an order specifying that there is no genuine dispute as to any material fact in this case, and that the case is resolved in Defendant Quest's favor as a matter

DC:232704v1

of law. An appropriate Order is attached.

                                                               Respectfully submitted,

                                                               _____/s/_____
                                                               Frank C. Morris, Jr., Esq.
                                                               Bar No. 05157
                                                               Brian W. Steinbach, Esq.
                                                               Bar No. 024849
                                                               EPSTEIN BECKER & GREEN, P.C.
                                                               1227 25th Street, N.W., Suite 700
                                                               Washington, D.C. 20037

                                                               Attorneys for Defendant
                                                               Quest Diagnostics Incorporated

Dated: September 23, 2003

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2003, a copy of Defendant's Motion for Summary Judgment was electronically filed and served on the following

        J. Scott Morse, Esq.
        Law Office of J. Scott Morse, LLC
        334 St. Paul Place
        Baltimore, MD 21202

        Attorneys for Plaintiff


        _____/s/_____
        Brian W. Steinbach, Esq.
        Bar No. 024849
        EPSTEIN BECKER & GREEN, P.C.
        1227 25th Street, N.W., Suite 700
        Washington, D.C. 20037
        (202) 861-0900
        Fax: (202) 296-2882

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY PASSAUER**<br>  **Plaintiff,**<br>v.<br>**QUEST DIAGNOSTICS INCORPORATED,**<br>  **Defendant.** | Civil No.: CCB 03-CV-159 |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant Quest Diagnostics Incorporated's Motion for Summary Judgment, the supporting documentation, any opposition thereto, and the entire record herein, it is

ORDERED, that there being no genuine dispute as to any material fact in this case, and Defendant Quest Diagnostics Incorporated being entitled to judgment as a matter of law as to all claims against it, this case is resolved in Defendant Quest Diagnostics Incorporated's favor as a matter of law; and therefore it is further

ORDERED, that the Motion for Summary Judgment is GRANTED, and it is further

ORDERED, that judgment shall be entered in this case against Plaintiff and in favor of Defendant Quest Diagnostics Incorporated.


Date: _____, 2003            _____
                                                                    United States District Judge

2

Copies to:

| | |
|---|---|
| J. Scott Morse, Esq.<br>Law Office of J. Scott Morse, LLC<br>334 St. Paul Place<br>Baltimore, MD 21202<br><br>Attorney for Plaintiff<br>Anthony Passauer | Frank C. Morris, Jr., Esq.<br>Bar No. 05157<br>Brian W. Steinbach, Esq.<br>Bar No. 024849<br>EPSTEIN BECKER & GREEN, P.C.<br>1227 25th Street, N.W., Suite 700<br>Washington, D.C. 20037<br><br>Attorneys for Defendant<br>Quest Diagnostics Incorporated |