IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY PASSAUER**<br><br>        Plaintiff,<br><br>  v.<br><br>**QUEST DIAGNOSTICS INCORPORATED,**<br><br>        Defendant. | **Civil No.: CCB 03-CV-159** |

**MATERIALS SUBMITTED IN SUPPORT OF DEFENDANT'S MEMORANDUM OF
LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

A.    Declaration of Marilyn Martin Holthaus and Exs. 1-7 thereto.

B.    Deposition of Anthony Passauer, Jr. (excerpts) and Dep. Exs. 4-11 thereto.

C.    Declaration of Sayed (Ali) Haghgoo.

D.    Declaration of Lynn Neidenbach.

E.    Barnes v. Montgomery County Department of Health, Civ. No. AW-99-754 (D. Md., Dec. 1, 1999) (Williams, J.) (Loislaw printout)

F.    Hoffman v. Professional Med Team, No. 1:01-CV-3, 2003 WL 21649575, 2003 U.S. Dist. LEXIS 11913 (W.D. Mich., June 5, 2003) (Westlaw printout)

G.    <u>McDermott v. National Shipping Company of Saudi Arabia</u>, No CIV.CCB-99-3080, 2000 WL 218377 (D. Md., Jan. 24, 2000) (Blake, J.), aff'd, No. 00-2358 18 Fed. Appx. 120, 2001 WL 1023207, 2001 U.S. App. LEXIS 19983 (4th Cir. 2001) (unpublished)

                                                           /s/_____
                                        Frank C. Morris, Jr., Esq., Bar No. 05157
                                        Brian W. Steinbach, Esq., Bar No. 024849
                                        EPSTEIN BECKER & GREEN, P.C.
                                        1227 25th Street, N.W., Suite 700
                                        Washington, D.C. 20037
                                        (202) 861-0900

                                        Attorneys for Defendant
Dated: September 23, 2003            Quest Diagnostics Incorporated