IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY PASSAUER**<br>**Plaintiff,**<br>v.<br>**QUEST DIAGNOSTICS INCORPORATED,**<br>**Defendant.** | **Civil No.: CCB 03-CV-159** |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit B, which is an attachment to Defendant's Memorandum of Law in Support of Defendant's Motion for Summary judgment, exists only in paper format and if scanned will be larger than 1.5MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Frank C. Morris, Jr., Esq.
                                                  Bar No. 05157
                                                  Brian W. Steinbach, Esq.
                                                  Bar No. 024849
                                                  EPSTEIN BECKER & GREEN, P.C.
                                                  1227 25th Street, N.W., Suite 700
                                                  Washington, D.C. 20037
                                                  202-861-0900
                                                  202-296-2882 (Fax)

                                                  Attorneys for Defendant
                                                  Quest Diagnostics Incorporated

Dated: September 23, 2003