**DEPOSITION EXHIBIT 5**

# TOTAL COMPENSATION HIGHLIGHTS



BASE PAY
GOALSHARING
HEALTH AND WELFARE BENEFITS
RETIREMENT/OWNERSHIP BENEFITS
PAID TIME OFF
ADDITIONAL BENEFITS

## *A PROGRAM THAT HELPS YOU MEET YOUR NEEDS*

*For Quest Diagnostics Employees based in the Owings Mills Business Unit*



EXHIBIT 5
PASSAUER
8-15-03

P-360

 Quest
Diagnostics

The Quest Diagnostics' Compensation and Benefits programs are designed to attract, retain, and motivate employees to ensure the achievement of strategic goals and business objectives. The highlights of these programs are shown below and apply generally to employees who are classified as regular employees, except where noted.

## COMPENSATION & BENEFITS

### BASE PAY and GOALSHARING

Base pay is the core element of the compensation program. Quest Diagnostics is committed to ensuring competitive pay rates and recognizing quality performers. Through our merit review program, performance is reviewed annually. Merit reviews previously scheduled for April 2000 will occur in March. The Goalsharing annual bonus plan has a target of 4% of eligible pay and a payout range of 0-8%. Payments for the interim 1999 plan for Owings Mills will be made in March 2000 under the terms previously communicated.

### HEALTH AND WELFARE BENEFITS

Employees who are regularly scheduled to work at least 30 hours per week are eligible for Health and Welfare Benefits after one month of employment. This includes service on the SBCL payroll. Eligible domestic partners and their dependents may also be enrolled in the Aetna Traditional Choice health plan and in the dental plan. The costs of the plans differ compared to those offered under the SBCL plans.

To facilitate the transition of benefits, if your contribution costs for all insurance benefits (medical, dental, life, and disability combined) in 2000 are greater for comparable coverage than you had enrolled in during the recent SBCL Open Enrollment process, Quest Diagnostics will make up the difference for you in 2000. If the difference is less than $100 annually, the payment will be made to you in a lump sum within 45 days after the first of the year. If it is greater than $100 on an annual basis, the payments will be added to your biweekly paychecks in 2000. Those payments will be begun as soon as possible after cost comparisons are completed.

### MEDICAL AND DENTAL INSURANCE

The Company offers employees and their dependents the choices of managed care and indemnity medical coverage, and a stand-alone dental Preferred Provider Organization (PPO). Payroll deductions are taken biweekly, on a pre-tax basis, except for those who are covering domestic partners.

P-361

Biweekly employee costs

| Medical Plan | Individual | Family |
|---|---|---|
| Optimum Choice HMO | $13.10 | $43.16 |
| Optimum Choice Preferred(PPO) | $13.28 | $43.76 |
| Aetna US Healthcare(HMO) | $13.15 | $40.51 |
| Aetna Traditional Choice | $22.52 | $68.10 |
| Aetna Managed Choice (POS) | $16.01 | $48.78 |
| Aetna Dental (PPO) | $2.30 | $5.53 |

## FLEXIBLE SPENDING ACCOUNTS (FSA)

FSAs allow employees to set aside pre-tax dollars (through payroll deductions) up to $5,000 per account to pay for health care and dependent/child care expenses. Employees are eligible to enroll effective January 1, or during the year in the event of an eligible family status change.

## LIFE INSURANCE

The Company provides eligible employees with basic life insurance, accidental death and dismemberment (AD&D) and business travel accident insurance at no cost to the employee. The amount of basic life insurance and AD& D is 1 1/2 times pay for non-exempt employees and 3 times annual base pay for exempt employees. Employees may purchase supplemental life and AD&D insurance equal to 1 or 2 times their annual base pay. The cost for this supplemental life insurance is determined by age/$1,000 of coverage. No optional coverage for dependents is provided.

## SHORT TERM DISABILITY

Quest Diagnostics provides employees with short-term disability coverage for non-work related absences at no cost to the employee. This benefit starts on the first day after an injury and the eighth day after the beginning of an illness. Short term disability benefits pay 60% of weekly pay up to a maximum benefit of $1000 per week for as long as 26 weeks for non-exempt employees. Exempt employees may receive salary continuation for up to six months.

## LONG TERM DISABILITY

Each eligible employee has long term disability insurance paid in full by the Company in case of disabilities continuing after 26 weeks. Long term disability benefits will be paid monthly as long as the employee is disabled, up to age 65 (or later if the disability begins after age 60). Long term disability pays 60% of the employee's monthly pre-disability earnings, up to a $15,000/month benefit.

P-362

# RETIREMENT/OWNERSHIP BENEFITS

## 401(k) PLAN

Employees continue to be eligible for participation in the 401(k) Plan. Employees may invest up to 15% of their income, on a pre-tax basis, in any one or in a combination of 10 investment funds with Fidelity. In January 2000, the Company provides a matching contribution in cash on a dollar for dollar basis, up to 4% of pay. This match is fully vested (non-forfeitable) at all times.

## EMPLOYEE STOCK OWNERSHIP PLAN

The Company deposits shares equal to 2% of pay into a trust after the end of each calendar year. These shares vest over a period of 3 years, including prior SBCL service. The benefits are paid upon retirement from the Company.

## EMPLOYEE STOCK PURCHASE PLAN (ESPP)

Employees may purchase Quest Diagnostics stock each calendar quarter. The cost is 85% of the closing market price at the beginning or end of the quarter, whichever is lower. From each paycheck, a minimum of $10.00 and a maximum of 10% of pay may be invested. Employees may enroll in this benefit effective on the first day of the calendar quarter following date of hire provided that they are scheduled to work at least 20 hours per week. You must enroll 15 days before the beginning of any calendar quarter.

# PAID TIME OFF

The Company is in the process of finalizing a new Paid Time Off plan for all employees to become effective during 2000. In the interim, the Paid Time Off policy which you have been covered under while on the SBCL payroll will continue to be provided to you, including the normal year end provisions for 1999, and the annual entitlements established in January.

## HOLIDAYS

Employees working 20 or more hours may take up to a total of 6 paid holidays each year, as follows:

New Year's Day
Memorial Day
Independence Day
Labor Day
Thanksgiving
Christmas

P-363

# ADDITIONAL BENEFITS

## EDUCATIONAL AND TRAINING PROGRAMS

Quest Diagnostics offers educational assistance and training programs. Tuition costs for approved courses will be 100% reimbursed for full time employees with at least six months of service. Details are available in the Human Resources office.

## EMPLOYEE ASSISTANCE PROGRAM

Free counseling services are provided to all employees and their family members through Employee Advisory Resource (EAR). A toll-free number that may be used 24 hours/day puts an individual immediately into contact with a counselor who can help with concerns/problems. The program is voluntary, confidential, free, and may be used from the privacy of the home. This benefit is available to all employees by calling a toll free number 1-800-328-1952.

## CREDIT UNION

All employees are eligible to participate in the Corning Credit Union, Central Credit Union of Maryland or may continue their membership in the SB One Credit Union.

## SEVERANCE PLAN

This plan, as described more fully in information previously distributed in Orientation meetings, is designed to provide for severance pay and continuation of medical and dental benefits to eligible employees. Benefits are provided to persons who are involuntarily terminated by the Company without cause or who meet the requirements of special voluntary severance provisions.

Employees will be provided 8 weeks pay plus 2 weeks per year of service, up to a maximum of 52 weeks. Medical and dental benefits continue for the duration of biweekly severance periods (and for a minimum of 3 months).

---

THE INFORMATION CONTAINED IN THIS BROCHURE IS MEANT TO BE ONLY A SUMMARY. IF THERE IS A CONFLICT BETWEEN IT AND THE ACTUAL PLAN TEXT, THE PLAN TEXT WILL RULE.

Quest Diagnostics is an equal opportunity employer. All decisions regarding employment, promotion, transfer, pay increases, and other areas affecting employees are based on qualification and merit without regard to race color, religion, sex, age, national origin, disability, veteran status, or any other consideration prohibited by applicable federal, state or local fair employment laws or regulations.

Quest Diagnostics Incorporated - Baltimore

P-364

**DEPOSITION EXHIBIT 6**

Quest Diagnostics Incorporated

1901 Sulphur Spring Road
Baltimore, MD 21227
410.247.9100



01/17/00

**REGULAR MAIL**
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Anthony R Passauer
1911 Middleborough
Baltimore, MD 21221



Dear Anthony:

On 12/30/2000, you notified us of a situation that may make you eligible to take a leave under the Federal Family and Medical Leave Act (FMLA). Please refer to "Your Benefits Handbook", section titled *"Other Benefits"* for more information regarding the Company's policy and your obligations under the policy.

**Amount of Leave**

As of this date, the maximum leave available for you is 12 weeks.   This means that if you comply with the policy, and your condition continues to meet the requirements for leave under the FMLA, your FMLA leave could be certified through .

**Job Restoration**

Employees are generally reinstated to the same or equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA leave.  In all circumstances, you will be treated in a fair and consistent manner, in accordance with the Company's policies.  If you do not return to work following FMLA leave, or you fail to follow your obligations under the policy, there is no guarantee of job restoration.

If you have medical benefits through the Company, your coverage will continue during your FMLA leave under the same terms and conditions as if you were actively working.  More detailed information regarding your medical benefits and other benefit continuation issues during your leave is provided below.

**Disability Benefits**

You advised us of an accident, condition or injury, which may be eligible for benefits under the Company's disability program.  In order to be considered for those benefits, you must contact **Aetna Managed Disability AS SOON AS POSSIBLE** to initiate your claim.  To do so, call **1-800-700-9954** and select **OPTION 2.**  Failure to contact Aetna may jeopardize your eligibility for those benefits.  You will be contacted for further information regarding disability benefits.   Please note that the requirements of the disability program are different from the requirements of the FMLA leave.

*Exhibit 1*

absences under the facility's policies, and could result in disciplinary action consistent with those policies.



You will be required to present a fitness-for-duty certificate prior to being restored to employment. If such certification is not received, your return to work may be delayed until the certification is provided. A fitness-for-duty certificate is a note from your health care provider or Aetna confirming that the condition set forth in the Provider's certification, or the condition reported to Aetna, has ended, and that you are able to return to work and perform the functions of your position.



If the fitness-for-duty certification sets out any restrictions on your ability to perform the essential functions of your job, the Company will consider it a request for temporary accommodation and will work with you in an effort to accommodate you. Where your restrictions cannot be accommodated, the Company will consider other options, including requiring you to take additional leave or another open position.



If the fitness-for-duty certification recommends a reduced or modified (part-time) schedule or intermittent leave, the Company will accommodate this request provided that it is medically necessary, the Company's business operations will not be unreasonably disrupted, and you have FMLA leave entitlement remaining. If the fitness-for-duty certification recommends a modified or reduced schedule, or intermittent leave, it is your obligation to schedule the leave with your manager and me so as not to disrupt the department's operations. We will work together to determine how the Company can schedule your leave.

Please note that the Company may require additional medical examinations and/or recertification to assist in determining the length and extent of any modified or reduced schedule, or the need for intermittent leave.

If you do not report back to work on or before your expiration date or your release to return to work, if you accept other employment during your leave, participate in a personal business venture, file for unemployment benefits during this leave, or otherwise indicate that you will not return, the Company has a right to terminate your employment.

**Benefits During Leave**

**401(k) Plan**

Deductions and/or contributions for the 401(k) and ESPP plans will stop during the period of time when you received no payroll payments from us.

**Health Coverage**

If you are enrolled in a health plan, your health benefits will continue under the same terms and conditions as if you continued to work. You may, however, elect to terminate your health benefits during your leave and re-enroll within 31 days from your date of return to work. In such case, your coverage will be effective the date of your return to work. To terminate coverage, submit written notice of your election to terminate coverage during

**This is to inform you that:**

 1. The Company has tentatively designated your absence as FMLA leave. The leave starts on 01/18/2000 and continues until your health care provider releases you to return to work. (Maximum leave entitlement is twelve (12) weeks within a 12-month period.)

If you have applied for disability benefits under the Company's disability program and have received written notification from Aetna that your disability has been certified, you do not need to do anything further at this time regarding obtaining a Provider's Certification.

If you have not received written notification from Aetna that your claim has been certified, you must have your health care provider complete the attached Provider's Certification within fifteen calendar days of this letter, specifically 02/01/2000. If your disability leave is denied or delayed, you will not have any benefits under the FMLA if the Provider's Certification is not returned to the Company by the date specified above. Please refer to paragraph 3 below.

2. The leave will be counted against your FMLA leave entitlement if the Provider's Certification is completed and returned in accordance with the requirements of the policy, or if Aetna confirms eligibility for the disability benefits.

3. If you fail to return the Provider's Certification in accordance with the requirements of the policy, or Aetna does not certify your disability claim, the leave will not qualify as FMLA. In that event, the time taken will be treated as absences under the facility's policies, and could result in disciplinary action consistent with those policies.

4. You may use any accrued leave entitlement (sick, free or vacation time) during unpaid FMLA leave, however, use of entitlement time cannot delay the commencement of your claim for disability benefits. You may supplement your disability benefits with entitlement time. If you are supplementing, you may not receive more than 100% of your salary. Your use of paid time off is limited to the amount of accrued unused leave entitlement you have on the date the leave begins. You will not accrue additional entitlement time during your leave.

5. If the circumstances of your leave change and you are able to return to work earlier than the date indicated, you will be required to notify us at least 2 work days prior to the day you intend to report for work or immediately if released with less than 2 work days' notice.

6. If Aetna has confirmed eligibility for the disability benefits and certified your claim, you will not be required to furnish any recertification while Aetna maintains that you are unable to return to work.

However, if Aetna determines that you are able to return to work and your health care provider disagrees, and you have remaining FMLA entitlement, your health care provider must complete the enclosed Provider's Certification within fifteen calendar days of Aetna's determination that you are able to return to work. If the Provider's Certification is not returned within that fifteen-day period, then the time taken will be treated as

**DEPOSITION EXHIBIT 7**

Quest Diagnostics Inc.

1901 Sulphur Spring R
Baltimore, MD 21227
410.247.9100

01/17/00

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Anthony R Passauer
1911 Middleborough
Baltimore, MD 21221

4a. Article Number
P 567 712 727

b. Service Type
☐ Registered      ☒ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

Date of Delivery
1/19

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

102595-98-B-0229    Domestic Return Receipt

PS Form 3811, December 1994

REGULAR MAIL
CERTIFIED MAIL
RETURN RECEIPT REQUES
Anthony R Passauer
1911 Middleborough
Baltimore, MD 21221

EXHIBIT 7
PASSAUER
8-15-03

Dear Anthony:

On 12/30/2000, you notified us of a situation that may make you eligible to take a leave under the Federal Family and Medical Leave Act (FMLA). Please refer to "Your Benefits Handbook", section titled "Other Benefits" for more information regarding the Company's policy and your obligations under the policy.

**Amount of Leave**

As of this date, the maximum leave available for you is 12 weeks. This means that if you comply with the policy, and your condition continues to meet the requirements for leave under the FMLA, your FMLA leave could be certified through .

**Job Restoration**

Employees are generally reinstated to the same or equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA leave. In all circumstances, you will be treated in a fair and consistent manner, in accordance with the Company's policies. If you do not return to work following FMLA leave, or you fail to follow your obligations under the policy, there is no guarantee of job restoration.

If you have medical benefits through the Company, your coverage will continue during your FMLA leave under the same terms and conditions as if you were actively working. More detailed information regarding your medical benefits and other benefit continuation issues during your leave is provided below.

**Disability Benefits**

You advised us of an accident, condition or injury, which may be eligible for benefits under the Company's disability program. In order to be considered for those benefits, you must contact **Aetna Managed Disability** AS SOON AS POSSIBLE to initiate your claim. To do so, call **1-800-700-9954** and select **OPTION 2.** Failure to contact Aetna may jeopardize your eligibility for those benefits. You will be contacted for further information regarding disability benefits. Please note that the requirements of the disability program are different from the requirements of the FMLA leave.

**This is to inform you that:**

1. The Company has tentatively designated your absence as FMLA leave. The leave starts on 01/18/2000 and continues until your health care provider releases you to return to work. (Maximum leave entitlement is twelve (12) weeks within a 12-month period.)

   If you have applied for disability benefits under the Company's disability program **and** have received written notification from Aetna that your disability has been certified, you do not need to do anything further at this time regarding obtaining a Provider's Certification.

   If you have not received written notification from Aetna that your claim has been certified, you **must** have your health care provider complete the attached Provider's Certification within fifteen calendar days of this letter, specifically 02/01/2000. If your disability leave is denied or delayed, you will **not** have any benefits under the FMLA if the Provider's Certification is not returned to the Company by the date specified above. Please refer to paragraph 3 below.

2. The leave will be counted against your FMLA leave entitlement if the Provider's Certification is completed and returned in accordance with the requirements of the policy, or if Aetna confirms eligibility for the disability benefits.

3. If you fail to return the Provider's Certification in accordance with the requirements of the policy, or Aetna does not certify your disability claim, the leave will not qualify as FMLA. In that event, the time taken will be treated as absences under the facility's policies, and could result in disciplinary action consistent with those policies.

4. You may use any accrued leave entitlement (sick, free or vacation time) during unpaid FMLA leave, however, use of entitlement time cannot delay the commencement of your claim for disability benefits. You may supplement your disability benefits with entitlement time. If you are supplementing, you may not receive more than 100% of your salary. Your use of paid time off is limited to the amount of accrued unused leave entitlement you have on the date the leave begins. You will not accrue additional entitlement time during your leave.

5. If the circumstances of your leave change and you are able to return to work earlier than the date indicated, you will be required to notify us at least 2 work days prior to the day you intend to report for work or immediately if released with less than 2 work days' notice.

6. If Aetna has confirmed eligibility for the disability benefits and certified your claim, you will not be required to furnish any recertification while Aetna maintains that you are unable to return to work.

   However, if Aetna determines that you are able to return to work and your health care provider disagrees, **and you have remaining FMLA entitlement**, your health care provider **must** complete the enclosed Provider's Certification within fifteen calendar days of Aetna's determination that you are able to return to work. If the Provider's Certification is not returned within that fifteen-day period, then the time taken will be treated as

absences under the facility's policies, and could result in disciplinary action consistent with those policies.

7.   You will be required to present a fitness-for-duty certificate prior to being restored to employment. If such certification is not received, your return to work may be delayed until the certification is provided. A fitness-for-duty certificate is a note from your health care provider or Aetna confirming that the condition set forth in the Provider's certification, or the condition reported to Aetna, has ended, and that you are able to return to work and perform the functions of your position.

8.   If the fitness-for-duty certification sets out any restrictions on your ability to perform the essential functions of your job, the Company will consider it a request for temporary accommodation and will work with you in an effort to accommodate you. Where your restrictions cannot be accommodated, the Company will consider other options, including requiring you to take additional leave or another open position.

9.   If the fitness-for-duty certification recommends a reduced or modified (part-time) schedule or intermittent leave, the Company will accommodate this request provided that it is medically necessary, the Company's business operations will not be unreasonably disrupted, and you have FMLA leave entitlement remaining. If the fitness-for-duty certification recommends a modified or reduced schedule, or intermittent leave, it is your obligation to schedule the leave with your manager and me so as not to disrupt the department's operations. We will work together to determine how the Company can schedule your leave.

Please note that the Company may require additional medical examinations and/or recertification to assist in determining the length and extent of any modified or reduced schedule, or the need for intermittent leave.

10.  If you do not report back to work on or before your expiration date or your release to return to work, if you accept other employment during your leave, participate in a personal business venture, file for unemployment benefits during this leave, or otherwise indicate that you will not return, the Company has a right to terminate your employment.

**Benefits During Leave**

**401(k) Plan**

Deductions and/or contributions for the 401(k) and ESPP plans will stop during the period of time when you received no payroll payments from us.

**Health Coverage**

If you are enrolled in a health plan, your health benefits will continue under the same terms and conditions as if you continued to work. You may, however, elect to terminate your health benefits during your leave and re-enroll within 31 days from your date of return to work. In such case, your coverage will be effective the date of your return to work. To terminate coverage, submit written notice of your election to terminate coverage during

your leave. Such notice should be addressed to Mindy McNey - Human Resources, and must be received within **two weeks** from the date your leave begins. Your failure to notify us of your election to terminate coverage will result in continuation of coverage during your leave. The portion of your health insurance premiums that you normally pay will continue during the period of your FMLA leave. If you are using paid time off during your FMLA leave, your deductions will come automatically out of your paycheck. If you are not using paid time off, you will need to make the following arrangements with me to pay for your premium:

(a)     ◆ Pay monthly installments while on your leave by personal, certified check or money order.

> **Checks should be made payable and sent to:**
> Quest Diagnostics Incorporated
> 1901 Sulphur Spring Road
> Baltimore, Maryland 21227-2997
> Attention: Mindy McNey - Human Resources

(b)     You have a minimum 30-day grace period in which to make premium payments. If payment is not made in a timely manner, your group health insurance will be canceled, but we will notify you in writing at least 15 days before the date that your health coverage will lapse.

**Supplemental Life Insurance**

If you are enrolled in supplemental life insurance, you may elect to terminate your supplemental coverage during your leave. If you terminate coverage you must re-enroll within 31 days from the date of your return to work for coverage to be reinstated. If you elect to terminate coverage, you must provide written notice of your interest to cancel within **two weeks** from the date your leave begins. Your failure to notify us of an interest to terminate coverage will result in coverage continuing during your leave. To continue coverage during your leave, you must pay the employee portion of the supplemental life insurance while you are on FMLA leave on the same schedule and conditions as outlined in the **Health Coverage** section above. Your failure to continue contributions will result in termination of coverage.

**Flexible Spending Accounts**

If you are enrolled in a Flexible Spending Account you may elect to terminate participation in the Plan during your leave. If you elect to terminate participation in the Plan, any expenses incurred after the date you are no longer participating will **NOT** be eligible for reimbursement and any account balances may be forfeited. If you elect to terminate participation during your leave and return to work in the same Plan Year, you may elect to re-enroll within 31 days from the date of your return to work. If you elect to terminate coverage, you must provide written notice of your interest to cancel within **two weeks** from the date your leave begins. Your failure to notify us of an interest to terminate

coverage will result in participation continuing during your leave. To continue participation you MUST continue to make payments to fund your account(s) on the same schedule and conditions as outlined in the **Health Coverage** section above.   Your failure to continue contributions will result in termination of your participation in the **Plan**.

As always, if you have any questions, please call me at (410) 536-1329.

Sincerely,

Mindy McNey
Human Resources Representative

cc:     Bauernshub,Lawrence R
        Medical File

**DEPOSITION EXHIBIT 8**

# GEORGE T. LAZAR, M.D., F.A.C.S.

EASTERN PROFESSIONAL BLDG.
1050 OLD NORTH POINT ROAD
SUITE 101
BALTIMORE, MD 21224
(410) 282-7600

# DISABILITY CERTIFICATE

DATE ___4-3-00___

TO WHOM IT MAY CONCERN:

I HEREBY CERTIFY THAT ___Anthony Paasauer___

_____

HAS BEEN UNDER MY PROFESSIONAL CARE, AND WAS:

☒ TOTALLY INCAPACITATED

☐ PARTIALLY INCAPACITATED

FROM: ___4-3-00___    TO: ___4-9-00___

REMARKS:___No work through above dates.___

___REturn to work 4-10-00. No lifting___

___over 30 pounds until 5-1-00___

SIGNED_____



P-150

Exhibit 2

**DEPOSITION EXHIBIT 9**

**Transcript of telephone message tape provided by Anthony Passauer**

[This is?] Marilyn I'm returning your call, ~~and~~ _That_ you [?] talk to me. I have your ~~documents~~ _doter's neke_

here in front of me, we have to go by what the doctor is recommending on the disability

certificate and that's why we ask specifically to see that from your doctor. Um, it is

indicated on here that no lifting over 30 pounds until 5/1 so those are the instructions

that we have to go by.  We know you are indicating that you really uh, really can work

but that is not what the doctor says here and that's what we have to strictly go by.


Um, so at this time, again I did check with the warehouse they are not able to

accommodate that restriction. We are considering that to be, uh, light duty We can not

accommodate that. Until you can come back at full duty and be able to work with no

restrictions we cannot have  you ~~to come~~ _return_ to work


Please call me if you have any questions.  I'm at 410-536-1448.

DC:221972v1



EXHIBIT 9
PASSAUER
8-15-03

**DEPOSITION EXHIBIT 10**

Quest Diagnostics Incorporated

1901 Sulphur Spring Road
Baltimore, MD 21227
410.247.9100



04/19/00

Anthony Passauer
1911 Middleborough
Baltimore, MD 21221

RE:    YOUR EMPLOYMENT STATUS AND
IMPORTANT INFORMATION ABOUT YOUR
BENEFITS

Dear Anthony:

Our records indicate that you have been on a leave of absence from the Company since 01/18/2000.   Your leave was covered under our Family and Medical Leave Act policy and was designated as FMLA.   Your FMLA leave has expired or will expire on 04/11/2000, and as a result, you no longer have the job restoration rights provided under the FMLA.    This letter is to address issues relative to employee benefits that are continued to be provided by the Company as a result of the expiration of your FMLA and your continued disability.

Although you are no longer on an FMLA leave, and you no longer have the job restoration rights provided under FMLA, you are being retained on the Quest Diagnostics system solely to ensure that any applicable benefits are maintained in accordance with current Company policies.  Such continuation of certain benefits is based on current Company  policy and applicable law.  As indicated in **Your Benefits Handbook**, section entitled *Administration*, Quest Diagnostics Incorporated reserves the right to change such policies at any time.

Enclosed you will find a personalized **Benefit Confirmation Statement** that reflects the specific benefits that you were enrolled in prior to the beginning of your leave.  Please review the statement and information below carefully.

As a full time employee, you may be eligible to receive Long Term Disability (LTD) benefits if your disability extends beyond six months.  Please review Your Benefits Handbook, section entitled *Salary Protection*, for important information regarding the LTD benefit.  As Aetna currently certifies your claim for disability, no additional action is required to initiate your claim for LTD.  After six months Aetna will work with you to determine your eligibility for LTD benefits. Their toll free number is **800-700-9954**, press option **2**.

Health  Insurance

Since you were enrolled in a health plan when your leave began,  you will be eligible to continue to receive such benefits as long as you remain disabled as defined by our disability plan,  for a maximum of thirty (30) months.  At such time your health coverage is no longer provided by the Company,  you will be extended the opportunity to continue coverage through COBRA as long as you meet the COBRA eligibility



EXHIBIT  10

PASSAUER
8-15-03

P-151

*Exhibit 3*

requirements. A Human Resource Representative will send you COBRA information at or near the time your health benefits provided through Quest Diagnostics will terminate. Please review **Your Benefits Handbook**, section entitled *Health Care*, for more detailed information regarding your health benefits.

**Life and AD&D Insurance**

As a full time employee, a Company provided life insurance program has covered you. In addition, you may have elected to purchase Supplemental Life Insurance while you were working. If your disability extends beyond eight months and you were less than age 60 at the time you became disabled, you **must** apply for Waiver of Premium through our life insurance carrier in order to continue your coverage. If approved, you will continue to receive your life insurance benefit as long as you remain disabled and continue to meet the eligibility criteria. You must request a Waiver of Premium application from your Human Resource Representative and file the application between **nine and twelve months** of disability.

If you fail to apply for Waiver of Premium or your application is not approved, your life insurance benefits will terminate on 01/17/2001. If your life coverage is canceled, conversion coverage is available. At such time you may request a conversion application by contacting your Human Resource Representative.

Please review **Your Benefit Handbook**, section entitled *Life and AD&D*, for more detailed information regarding your life insurance coverage.

**401(k) Retirement Savings Plan and Employee Stock Ownership Plan (ESOP)**

Should you be deemed Totally and Permanently Disabled by the Social Security Administration, you will be eligible for a distribution from the Plan.

If you are not awarded Social Security benefits, you are eligible to take a distribution after you have been terminated from our system. Such date is dependent on other benefit continuation issues applicable during your absence.

Please review **"Your Benefits Handbook"**, section titled *Retirement / Ownership*, for more detailed information regarding your retirement savings plan.



Please contact me when you are released by your physician to return to work if you are interested in job opportunities with the Company. At such time we can discuss available positions for which you may be qualified. As always, if you have any questions or need additional information, please call me at (410)536-1329.

Sincerely,


Mindy McNey
HR Representative

Enc.
Cc:  Medical File

P-152

Print Date:  04/19/2000

## Quest Diagnostics Incorporated
*Benefit Confirmation Statement*

RKV
ANTHONY R PASSAUER
Dept ID:  00869
Department:  Facilities

SSN: 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
1911 Middleborough
Baltimore, MD  21221-3017

   This Benefit Confirmation Statement lists the benefits you have elected, except for the Employee Stock Purchase Plan (ESPP), if applicable.  It also includes the dependents on file for you, if you elected family medical and/or dental coverage. Please review it within the next ten days.  If you have any questions, changes, and/or concerns, please contact your local Human Resources Office immediately.  Failure to make corrections may result in erroneous deductions from your pay.

   Any changes to benefit plans must be made during open enrollment or within 31 days of a family status change.  A "qualifying change in family status" includes marriage or divorce, birth or adoption of a child, death, gain or loss of your spouse's employment, or relocation outside of your health plan's service area.

   If you qualify for "special enrollment" under the provisions of HIPAA, you have 31 days from the qualifying event to make a change to your benefit election.  (See your Human Resources Representative for details.)

### Health Care:

| Benefit Plan | Coverage Election | | | | | Employee Coverage Begins | | Ded. Amt. * Biweekly Payroll |
|---|---|---|---|---|---|---|---|---|
| US Healthcare | Family | | | | | 01/01/2000 | | 40.51 |

| Dependent Name | Relationship | Gender | Marital Status | Student | Disabled | Birthdate | SSN | Dependent Coverage Begins |
|---|---|---|---|---|---|---|---|---|
| Passauer,Kristin | Daughter | Female | Single | Y | N | 09/05/1984 | 214087427 | 01/01/2000 |
| Passauer,Stephanie | Spouse | Female | Married | N | N | 08/01/1959 | 220724510 | 01/01/2000 |

### Dental Care:

| Benefit Plan | Coverage Election | | | | | Employee Coverage Begins | | Ded. Amt. * Biweekly Payroll |
|---|---|---|---|---|---|---|---|---|
| Aetna Dental Plan | Family | | | | | 01/01/2000 | | 5.53 |

| Dependent Name | Relationship | Gender | Marital Status | Student | Disabled | Birthdate | SSN | Dependent Coverage Begins |
|---|---|---|---|---|---|---|---|---|
| Passauer,Kristin | Daughter | Female | Single | Y | N | 09/05/1984 | 214087427 | 01/01/2000 |
| Passauer,Stephanie | Spouse | Female | Married | N | N | 08/01/1959 | 220724510 | 01/01/2000 |

### Supplemental Life/ AD&D:

| Benefit Plan | Coverage Factor | Coverage Amount | Employee Coverage Begins |
|---|---|---|---|
| Supplemental Life and AD/D | 2.00 | 75,000.00 | 01/01/2000 |

### 401(k) Savings Plan:

| Benefit Plan | Participation % | Employee Coverage Begins |
|---|---|---|
| 401(k) Savings Plan | 4 | 01/01/2000 |

P-153

**DEPOSITION EXHIBIT 11**

4/5 - Called Mindy McNey To
Let her know of return w/ 30 Lbs
Wt. Restr.

(Tape)
＊ - 4/5 - Message from Marilyn Miller
Do Not Come To work. No Light
Duty - Listen To Dr., &

4/19 rec'd Lt. Cast Job Restoration
(Past 12 wks FMLA) leave.

5/1 - Called Mindy - left Message
That Dr. says full 100%.

- 5/1 - Mindy Called To Say.
"if we can't find you Anything,
Then you will Terminate.

5/8 - Reported To work. - Would
Not Take 2nd Slip. Marilyn
said That Job was never a
there for me. - Was Told To



EXHIBIT 11
PASSAUER
8-15-03

P-001

Apply for Sup. Logistics.
filled out App. — Job Posting
Deadline was 5/3
Mentioned that it was now 5/8
She told me don't worry about it.
said I would need to be
interviewed by the Dept Mgr.
She would speed things up and
call in a couple days.

5/10 — 11:00AM — received call from
Joseph Jones (another Applicant
and employee. he said that
he heard was told by Joe
Nuelin that I was also
Applying for the same
Job as both of them.
I said, "Who told you about
this. he said. Joe Nuelin
Inquired to Phil Foster (mgr)

of an answer and was
told that he needed to
interview some French guy
(Passacun) who was on STD.

5/10
12:15 On Same DAY At 12:30PM 12:15 Pm
I called Marilyn, and
Asked her what she found out.
And I was told that
She spoke to the Mgr (Fosty)
And that he had already
picked Someone. The date
had expired for posting and
that she was sorry, she didn't
Realize this at the time.

She told me I was Terminated
And to file for UE.

— 5/10 (5:45 Pm) Called Joe Jones at
home to ask him if he got

P-003

The position and he told me
that it has not been filed yet.

(Interesting)