**EXHIBIT 1**

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

1227 25TH STREET, NW, SUITE 700
WASHINGTON, DC 20037-1175
202.861.0900
FAX: 202.296.2882
EBGLAW.COM

DIRECT:
202-861-1870
BSTEINBACH@EBGLAW.COM

## MEMORANDUM

TO     :   J. Scott Morse, Esq.

FROM :   Brian Steinbach

DATE :   February 5, 2003

RE     :   Passauer v. Quest Diagnostics

---

Scott, it appears that the reason that you were not receiving mail from us is that we were one digit off on your street address. The error was revealed when the post office finally returned the set of removal papers that we originally sent to you today. Accordingly, enclosed please find a set of the removal papers as well as of the stipulated motion for extension of time. In the latter case, we fortunately had the right address on the draft Order, so I presume that you received that from the Court.

I apologize for the confusion.

ATLANTA • BOSTON • CHICAGO • DALLAS • HOUSTON • LOS ANGELES
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

KNOWN AS EPSTEIN BECKER & GREEN, P.C. IN ALL OFFICES EXCEPT IN TEXAS.

xxx

**EXHIBIT 2**

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

1227 25TH STREET, NW, SUITE 700
WASHINGTON, DC 20037-1175
202.861.0900
FAX: 202.296.2882
EBGLAW.COM

BRIAN STEINBACH
202.861.1870
BSTEINBACH@EBGLAW.COM

June 9, 2003

**VIA FACSIMILE**

J. Scott Morse, Esq.
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202

    Re: Passauer v. Quest Diagnostics Incorporated

Dear Scott:

   As you know, discovery in this case ends on June 25, 2003. I would like to take the Plaintiff's deposition on June 23 or 24, but could also do it on June 25, 20, or 19 (in that order). Please let me know of the Plaintiff's and your availability within the next two days. My preference for location would be our office, with a 9:30 start time.

   I look forward to hearing from you.

       Very truly yours,

       Brian Steinbach

DC:224766.1



**EPSTEIN BECKER & GREEN, P.C.**

ATTORNEYS AT LAW
1227 25TH STREET, N.W., SUITE 700
WASHINGTON, D.C. 20037-1175
(202) 861-0900
FAX: (202) 296-2882

EPSTEIN BECKER & GREEN P.C.

DIRECT TEL.: 202-861-1870

## FACSIMILE COVER SHEET

## PRIVILEGED AND CONFIDENTIAL

| | | |
|---|---|---|
| To:<br>J. Scott Morse, Esq. | Fax Number:<br>(410) 685-8846 | Telephone Number:<br>(410) 539-1230 |

| | | | |
|---|---|---|---|
| From:   Brian Steinbach | Date:     June 9, 2003 | Pages (including cover):     2 | |
| Attorney No.:     536 | Client No.:     47104.002 | | |

Comments:     Please see attached.

NOTICE OF PRIVILEGE AND CONFIDENTIALITY

THIS TELECOPY IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED SOLELY FOR THE ADDRESSEE. ANY UNAUTHORIZED DISCLOSURE, REPRODUCTION, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

*IF YOU DO NOT RECEIVE ALL PAGES OR HAVE ANY PROBLEMS IN RECEIVING THIS TELECOPY, PLEASE CALL THE SENDER IMMEDIATELY.*

ATLANTA • BOSTON • CHICAGO • DALLAS • HOUSTON • LOS ANGELES
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC
EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY.

xxx

TRANSACTION REPORT

Jun-09-03 Mon  3:24 PM

| Type | Sending | | | | |
|------|---------|---|---|---|---|
| Date | Start | Receiver | TX/RX Time | Pages | Note |
| Jun-09 | 3:23 PM | 536#47104#002#14106858846 | 37s | 2 | OK |

**EXHIBIT 3**

**From:**      Brian Steinbach
**To:**        snamorse@msn.com
**Date:**      6/19/03 12:12PM
**Subject:**   Passauer v. Quest

I passed on your settlement offer of              to my client as well as relaying a summary of our discussion last week. Their response is that their offer remains

In light of Mr. Passauer's hospitalization, we need to extend discovery (which closes June 25) for the purposes of taking his deposition. As I recall, he was hospitalized last week, was expected to remain in the hospital through this week, and likely will need at least a few days to recuperate. I would be happy to prepare a consent motion doing so for thirty days, as well as extending the other remaining deadlines for thirty days. This should allow some time for recovery before deposing him. Please let me know.

Brian Steinbach
Epstein Becker & Green, P.C.
1227 25th St. N.W. Suite 700
Washington, D.C. 20037
202-861-1870
202-296-2882 (fax)
bsteinbach@ebglaw.com

**EXHIBIT 4**

**From:**       "Scott Morse" <snamorse@msn.com>
**To:**         "Brian Steinbach" <bsteinbach@ebglaw.com>
**Date:**       Fri, Jun 20, 2003 12:32 PM
**Subject:**    Re: Passauer v. Quest

Brian:

You can prepare the motion and e-mail it to me.  I think it might be better to get 60 days as opposed to 30.
Thanks.

J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230
  ----- Original Message -----
  From: Brian Steinbach
  To: snamorse@msn.com
  Sent: Thursday, June 19, 2003 12:12 PM
  Subject: Passauer v. Quest


  I passed on your settlement offer of         . to my client as well as relaying a summary of our discussion
last week. Their response is that their offer remains .      .

  In light of Mr. Passauer's hospitalization, we need to extend discovery (which closes June 25) for the
purposes of taking his deposition. As I recall, he was hospitalized last week, was expected to remain in
the hospital through this week, and likely will need at least a few days to recuperate. I would be happy to
prepare a consent motion doing so for thirty days, as well as extending the other remaining deadlines for
thirty days. This should allow some time for recovery before deposing him. Please let me know.

  Brian Steinbach
  Epstein Becker & Green, P.C.
  1227 25th St. N.W. Suite 700
  Washington, D.C. 20037
  202-861-1870
  202-296-2882 (fax)
  bsteinbach@ebglaw.com


************************************************************
Confidentiality Note:  This e-mail is intended only for the
person or entity to which it is addressed and may contain
information that is privileged, confidential or otherwise
protected from disclosure.  Dissemination, distribution
or copying of this e-mail or the information herein by
anyone other than the intended recipient, or an employee
or agent responsible for delivering the message to the
intended recipient, is prohibited.  If you have received
this e-mail in error, please call the Help Desk of Epstein
Becker & Green at 212-351-4701 and destroy the original
message and all copies.
************************************************************

**EXHIBIT 5**

**From:**    Brian Steinbach
**To:**    Scott Morse
**Date:**    Fri, Jun 20, 2003  6:37 PM
**Subject:**    Re: Passauer v. Quest

Most likely this will occurr Monday, but it could slide to Tuesday. 60 is probably fine, but I want to check where that puts me in August vacation time.

>>> "Scott Morse" <snamorse@msn.com> 06/20/03 11:55AM >>>
Brian:

You can prepare the motion and e-mail it to me.  I think it might be better to get 60 days as opposed to 30.  Thanks.

J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230
   ----- Original Message -----
From: Brian Steinbach
To: snamorse@msn.com
Sent: Thursday, June 19, 2003 12:12 PM
Subject: Passauer v. Quest


 I passed on your settlement offer of        to my client as well as relaying a summary of our discussion last week. Their response is that their offer remains

 In light of Mr. Passauer's hospitalization, we need to extend discovery (which closes June 25) for the purposes of taking his deposition. As I recall, he was hospitalized last week, was expected to remain in the hospital through this week, and likely will need at least a few days to recuperate. I would be happy to prepare a consent motion doing so for thirty days, as well as extending the other remaining deadlines for thirty days. This should allow some time for recovery before deposing him. Please let me know.

Brian Steinbach
Epstein Becker & Green, P.C.
1227 25th St. N.W. Suite 700
Washington, D.C. 20037
202-861-1870
202-296-2882 (fax)
bsteinbach@ebglaw.com


*******************************************************************
Confidentiality Note:  This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please call the Help Desk of Epstein Becker & Green at 212-351-4701 and destroy the original

message and all copies.
***********************************************************************

**EXHIBIT 6**





# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

1227 25TH STREET, NW, SUITE 700
WASHINGTON, DC 20037-1175
TEL: 202.861.0900
FAX: 202.296.2882

**FACSIMILE COVER SHEET**

DIRECT: 202.861.1870    DIRECT FAX: 202.861.3522

---

## PRIVILEGED AND CONFIDENTIAL

| To: | Fax Number: | Telephone Number: |
|---|---|---|
| J. Scott Morse, , Esq. | (410) 685-8846 | (410) 539-1230 |

| From: | Brian Steinbach | Atty. No. | 536 | Pages (including cover): | 6 |
|---|---|---|---|---|---|
| Date: | June 23, 2003 | Client No.: | 47104 | | |

Comments:

Scott, attached is a draft motion. Please let me know your comments. I do need to know (1) your federal court bar number, and (2) whether your are registered with the court for electronic service (in which case I will change the certificate of service). I look forward to hearing from you.

**NOTICE OF PRIVILEGE AND CONFIDENTIALITY**

**THIS TELECOPY IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED SOLELY FOR THE ADDRESSEE. ANY UNAUTHORIZED DISCLOSURE, REPRODUCTION, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US IMMEDIATELY.**

*IF YOU DO NOT RECEIVE ALL PAGES OR HAVE ANY PROBLEMS IN RECEIVING THIS TELECOPY, PLEASE CALL THE SENDER IMMEDIATELY.*

---

ATLANTA • BOSTON • CHICAGO • DALLAS • HOUSTON • LOS ANGELES
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC
EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY.

XXX

TRANSACTION REPORT

Jun-23-03 Mon 1:57 PM

| Type | Sending | | | | | |
|------|---------|---|---|---|---|---|
| Date | Start | Receiver | | TX/RX Time | Pages | Note |
| Jun-23 | 1:55 PM | 536#47104#002#14106858846 | | 1m21s | 6 | OK |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

ANTHONY PASSAUER

Plaintiff,

v.                                             Civil No.: CCCB 03-CV-159

QUEST DIAGNOSTICS INCORPORATED,

Defendant.

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Now come Plaintiff, Anthony Passauer, and Defendant, Quest Diagnostics Incorporated, and jointly move to modify the scheduling order in this case, as follows:

1.  Under the present scheduling order in this case, the discovery deadline and the date for submission of the status report is June 25, 2003; requests for admission are due July 2, 2003; and the deadline for dispositive pretrial motions is July 25, 2003.

2.  The parties have engaged in discovery, and also have engaged in unsuccessful settlement discussions. The parties had also discussed scheduling the Plaintiff's deposition for the week of June 16, 2003.

3.  However, Plaintiff was hospitalized on or about June 13, 2003, was expected to be in the hospital at least one week, and thereafter was expected to have a recuperation period of unknown length. As a result, Defendant was unable to take Plaintiff's deposition during the week of June 16, and it will not be possible to schedule his deposition until sometime after the present June 25 date for the close of discovery.

4.  Accordingly, the parties request that the Court extend the discovery deadline by sixty days, or through Tuesday, August 26, 2003, for the purpose of Defendant taking the deposition

of Plaintiff. The parties further request that the other remaining deadlines in the scheduling order be extended by an equivalent amount.

WHEREFORE, the parties respectfully request that their motion be granted, that discovery be extended sixty days, or through Tuesday, August 26, 2003, for the purpose of Defendant taking the deposition of Plaintiff, and that the other remaining deadlines in the scheduling order also be extended by an equivalent amount. An appropriate Order is attached.

Respectfully submitted,


_____/s/_____

J. Scott Morse, Esq.
 (signed by Brian W. Steinbach, Esq.
with permission of J. Scott Morse, Esq.)
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD 21202


Attorney for Plaintiff
Anthony Passauer

Dated: June _, 2003


_____/s/_____

Frank C. Morris, Jr., Esq.
Bar No. 05157
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037


Attorneys for Defendant
Quest Diagnostics Incorporated

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Joint Motion to Modify Scheduling Order which was electronically filed in this case on June, 2003, was served this ___ day of June 2003, by U.S. mail, postage prepaid, on the following:

> J. Scott Morse, Esq.
> Law Office of J. Scott Morse, LLC
> 334 St. Paul Place
> Baltimore, MD 21202
>
> Attorneys for Plaintiff


_____/s/_____
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 861-0900
Fax: (202) 296-2882

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

**ANTHONY PASSAUER**

    **Plaintiff,**

  **v.**

            **Civil No.: CCB 03-CV-159**

**QUEST DIAGNOSTICS INCORPORATED,**

    **Defendant.**

## ORDER

AND NOW, this   day of   , 2003, upon consideration of the  Joint Motion to Modify Scheduling Order, and the entire record herein, it is

ORDERED, that the Joint Motion to Modify Scheduling Order is GRANTED, and it is further

ORDERED, that the deadline for completing discovery is extended through August 26, 2003 for the purposes of Defendant taking the deposition of Plaintiff; and it is further

ORDERED, that the deadline for submitting a  status report is extended through August 26, 2003; the deadline for requests for admission is extended through September 2, 2003; and the deadline for dispositive pretrial motions is extended through September 23, 2003.


Date: _____, 2003     _____

                United States District Judge

Copies to:

J. Scott Morse, Esq.
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD 21202

Attorney for Plaintiff
Anthony Passauer

Frank C. Morris, Jr., Esq.
Bar No. 05157
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Attorneys for Defendant
Quest Diagnostics Incorporated

**EXHIBIT 7**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

ANTHONY PASSAUER

          Plaintiff,

   v.

QUEST DIAGNOSTICS INCORPORATED,

          Defendant.

Civil No.: CCCB 03-CV-159

## AGREED MOTION TO MODIFY SCHEDULING ORDER

Now comes Defendant, Quest Diagnostics Incorporated, by counsel, and moves to modify the scheduling order in this case, as follows:

1.  Under the present scheduling order in this case, the discovery deadline and the date for submission of the status report is June 25, 2003; requests for admission are due July 2, 2003; and the deadline for dispositive pretrial motions is July 25, 2003.

2.  The parties have engaged in discovery, and also have engaged in unsuccessful settlement discussions. The parties had also discussed scheduling the Plaintiff's deposition for the week of June 16, 2003.

3.  However, Plaintiff was hospitalized on or about June 13, 2003, was expected to be in the hospital at least one week, and thereafter was expected to have a recuperation period of unknown length. As a result, Defendant was unable to take Plaintiff's deposition during the week of June 16, and it will not be possible to schedule his deposition until sometime after the present June 25 date for the close of discovery.

4.  Accordingly, Defendant requests that the Court extend the discovery deadline by sixty days, or through Tuesday, August 26, 2003, for the purpose of Defendant taking the

deposition of Plaintiff. Defendant further requests that the other remaining deadlines in the scheduling order be extended by an equivalent amount.

5.    The undersigned has contacted counsel for the Plaintiff, J. Scott Morse, who has stated that he has no objection to the requested extension.

WHEREFORE, Defendant respectfully requests that its motion be granted, that discovery be extended sixty days, or through  Tuesday, August 26, 2003, for the purpose of Defendant taking the deposition of Plaintiff, and that the other remaining deadlines in the scheduling order also be extended by an equivalent amount. An appropriate Order is attached.

Respectfully submitted,


_____/s/_____
Frank C. Morris, Jr., Esq.
Bar No. 05157
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Attorneys for Defendant
Quest Diagnostics Incorporated

Dated: June 25, 2003

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Joint Motion to Modify Scheduling Order which was electronically filed in this case on June 25, 2003, was served this 25th day of June, 2003, by U.S. mail, postage prepaid, on the following:

J. Scott Morse, Esq.
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD 21202

Attorneys for Plaintiff


_____/s/_____
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 861-0900
Fax: (202) 296-2882

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

**ANTHONY PASSAUER**

**Plaintiff,**

**v.**                                   **Civil No.: CCB 03-CV-159**

**QUEST DIAGNOSTICS INCORPORATED,**

**Defendant.**

## ORDER

AND NOW, this        day of            , 2003, upon consideration of the   Joint Motion to

Modify Scheduling Order, and the entire record herein, it is

ORDERED, that the Agreed Motion to Modify Scheduling Order is GRANTED, and it is

further

ORDERED, that the deadline for completing discovery is extended through August 26,

2003 for the purposes of Defendant taking the deposition of Plaintiff; and it is further

ORDERED, that the deadline for submitting a  status report is extended through August

26, 2003; the deadline for requests for admission is extended through September 2, 2003; and

the deadline for dispositive pretrial motions is extended through September 23, 2003.


Date: _____, 2003          _____

                                       United States District Judge

Copies to:

J. Scott Morse, Esq.
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD 21202

Attorney for Plaintiff
Anthony Passauer

Frank C. Morris, Jr., Esq.
Bar No. 05157
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Attorneys for Defendant
Quest Diagnostics Incorporated

**EXHIBIT 8**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY PASSAUER | |
| Plaintiff, | |
| v. | Civil No.: CCB 03-CV-159 |
| QUEST DIAGNOSTICS INCORPORATED, | |
| Defendant. | |

## ORDER

AND NOW, this 1st day of   July   , 2003, upon consideration of the   Joint Motion to

Modify Scheduling Order, and the entire record herein, it is

ORDERED, that the Agreed Motion to Modify Scheduling Order is GRANTED, and it is

further

ORDERED, that the deadline for completing discovery is extended through August 26,

2003 for the purposes of Defendant taking the deposition of Plaintiff; and it is further

ORDERED, that the deadline for submitting a  status report is extended through August

26, 2003; the deadline for requests for admission is extended through September 2, 2003; and

the deadline for dispositive pretrial motions is extended through September 23, 2003.

Date: _____ , 2003          Catherine Blake,   /s/   _____
                                 United States District Judge

Copies to:

J. Scott Morse, Esq.
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD 21202

Attorney for Plaintiff
Anthony Passauer

Frank C. Morris, Jr., Esq.
Bar No. 05157
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Attorneys for Defendant
Quest Diagnostics Incorporated

**EXHIBIT 9**

*fill*

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

1227 25TH STREET, NW, SUITE 700

WASHINGTON, DC 20037-1175

202.861.0900

FAX: 202.296.2882

EBGLAW.COM

Brian Steinbach
Tel: 202.861.1870
Fax: 202.861.3522
bsteinbach@ebglaw.com

July 2, 2003

J. Scott Morse, Esq.
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202

Re:     Passauer v. Quest Diagnostics Incorporated

Dear Scott:

As you know, on May 23, 2003 we served Defendant's First Set of Interrogatories to Plaintiff and Defendant's First Request to Plaintiff for Production of Documents. Accordingly, responses to these discovery requests were due on June 25, 2003. As of this date we have not received any response. While I understand that the Plaintiff was in the hospital the week prior to the day the responses were due, and that you also plan to transfer this case to another attorney, I must ask for a commitment that the responses will be provided in the near future. Otherwise, I will have to pursue a motion the compel.

I look forward to hearing from you.

Very truly yours,

Brian Steinbach

ATLANTA • BOSTON • CHICAGO • DALLAS • HOUSTON • LOS ANGELES
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

Epstein Becker Green Wickliff & Hall, P.C. in Texas only.

**EXHIBIT 10**

**From:**       Brian Steinbach
**To:**       Morse, J. Scott, Esq. - Business E-Mail
**Date:**       Fri, Jul 11, 2003  3:29 PM
**Subject:**       Passauer v. Quest

This is to follow up on our discussion earlier this week (July 7) regarding discovery. As we discussed, I look forward to receiving plaintiff's responses to our written discovery no later than July 25. While I have not yet had a chance to confirm my client's availability, In light of your scheduled vacation next week I wanted to suggest the following dates, for Mr. Passauer's deposition: August 7, 6, 5, 8, and 11. Please let me know your availability and while you are gone I can confirm a date based on my client's availability. Thanks.

Brian Steinbach
Epstein Becker & Green, P.C.
1227 25th St. N.W. Suite 700
Washington, D.C. 20037
202-861-1870
202-296-2882 (fax)
bsteinbach@ebglaw.com

**EXHIBIT 11**

**From:**      "Scott Morse" <snamorse@msn.com>
**To:**         <bsteinbach@ebglaw.com>
**Date:**      Fri, Jul 11, 2003 10:24 AM
**Subject:**    Passauer v. Quest

Brian:

Could you please re-email me the Interrogatories and Request for docs.  I believe you already sent them once, and I thought that I had saved them, but I cannot find them on my computer.  Thanks.


J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230

**From:**     Brian Steinbach
**To:**        Scott Morse
**Date:**     Fri, Jul 11, 2003 10:32 AM
**Subject:**  Re: Passauer v. Quest

Here they are. They were not emailed originally.

Brian Steinbach
Epstein Becker & Green, P.C.
1227 25th St. N.W. Suite 700
Washington, D.C. 20037
202-861-1870
202-296-2882 (fax)
bsteinbach@ebglaw.com

>>> "Scott Morse" <snamorse@msn.com> 07/11/03 10:42AM >>>
Brian:

Could you please re-email me the Interrogatories and Request for docs.  I believe you already sent them
once, and I thought that I had saved them, but I cannot find them on my computer.  Thanks.


J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230

**EXHIBIT 12**

**From:**  "Scott Morse" <snamorse@msn.com>
**To:**  "Brian Steinbach" <bsteinbach@ebglaw.com>
**Date:**  Tue, Jul 22, 2003  4:59 PM
**Subject:**  Re: Passauer v. Quest - Discovery

Brian:

Attached are unexecuted responses.  I will mail executed docs tomorrow, along with copies of all documents, if you are willing to have Legal Images bill you for the copies.  Please advise.

J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230

**EXHIBIT 13**

**From:**        Brian Steinbach
**To:**          Morse, J. Scott, Esq. - Business E-Mail
**Date:**        Mon, Jul 21, 2003  1:06 PM
**Subject:**     Passauer v. Quest

I know that you were away last week and have just returned - but as a reminder, I am resending the email below so that we can nail down a deposition date. I am told that all of these dates work for my client. Thanks.

>>> Brian Steinbach 07/11/03 03:29PM >>>
This is to follow up on our discussion earlier this week (July 7) regarding discovery. As we discussed, I look forward to receiving plaintiff's responses to our written discovery no later than July 25. While I have not yet had a chance to confirm my client's availability, In light of your scheduled vacation next week I wanted to suggest the following dates, for Mr. Passauer's deposition: August 7, 6, 5, 8, and 11. Please let me know your availability and while you are gone I can confirm a date based on my client's availability. Thanks.

Brian Steinbach
Epstein Becker & Green, P.C.
1227 25th St. N.W. Suite 700
Washington, D.C. 20037
202-861-1870
202-296-2882 (fax)
bsteinbach@ebglaw.com

**From:**     "Scott Morse" <snamorse@msn.com>
**To:**       "Brian Steinbach" <bsteinbach@ebglaw.com>
**Date:**     Tue, Jul 22, 2003  9:08 AM
**Subject:**  Re: Passauer v. Quest

Brian:

I will be mailing Answers to your Discovery Requests today - my client is finally bringing me his responses this morning, and I sincerely apologize for the delay.  I will also try and e-mail them to you.

Regarding my client's deposition, any day that you offered - Aug 5, 6, 7, 8, or 11 is fine, as long as it is scheduled for 3:30 pm - my client just be returning to work and cannot afford to miss too much time. Please note the depo, and so inform me, on the date of your choosing.

Please call me or e-mail me with any questions.  Thanks for your patience.

J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230
  ----- Original Message -----
  From: Brian Steinbach
  To: snamorse@msn.com
  Sent: Friday, July 11, 2003 3:29 PM
  Subject: Passauer v. Quest


  This is to follow up on our discussion earlier this week (July 7) regarding discovery. As we discussed, I look forward to receiving plaintiff's responses to our written discovery no later than July 25. While I have not yet had a chance to confirm my client's availability, In light of your scheduled vacation next week I wanted to suggest the following dates, for Mr. Passauer's deposition: August 7, 6, 5, 8, and 11. Please let me know your availability and while you are gone I can confirm a date based on my client's availability. Thanks.

  Brian Steinbach
  Epstein Becker & Green, P.C.
  1227 25th St. N.W. Suite 700
  Washington, D.C. 20037
  202-861-1870
  202-296-2882 (fax)
  bsteinbach@ebglaw.com

  **************************************************************
  Confidentiality Note:  This e-mail is intended only for the
  person or entity to which it is addressed and may contain
  information that is privileged, confidential or otherwise
  protected from disclosure.  Dissemination, distribution
  or copying of this e-mail or the information herein by
  anyone other than the intended recipient, or an employee
  or agent responsible for delivering the message to the
  intended recipient, is prohibited.  If you have received
  this e-mail in error, please call the Help Desk of Epstein
  Becker & Green at 212-351-4701 and destroy the original

message and all copies.
*******************************************************************

**From:**       "Scott Morse" <snamorse@msn.com>
**To:**         "Brian Steinbach" <bsteinbach@ebglaw.com>
**Date:**       Tue, Jul 22, 2003 10:44 AM
**Subject:**    Re: Passauer v. Quest

Did you receive my recent reply e-mail from earlier today?

J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD 21202
410-539-1230
    ----- Original Message -----
  From: Brian Steinbach
  To: snamorse@msn.com
  Sent: Monday, July 21, 2003 1:06 PM
  Subject: Passauer v. Quest


  I know that you were away last week and have just returned - but as a reminder, I am resending the email below so that we can nail down a deposition date. I am told that all of these dates work for my client. Thanks.

  >>> Brian Steinbach 07/11/03 03:29PM >>>
  This is to follow up on our discussion earlier this week (July 7) regarding discovery. As we discussed, I look forward to receiving plaintiff's responses to our written discovery no later than July 25. While I have not yet had a chance to confirm my client's availability, In light of your scheduled vacation next week I wanted to suggest the following dates, for Mr. Passauer's deposition: August 7, 6, 5, 8, and 11. Please let me know your availability and while you are gone I can confirm a date based on my client's availability. Thanks.

  Brian Steinbach
  Epstein Becker & Green, P.C.
  1227 25th St. N.W. Suite 700
  Washington, D.C. 20037
  202-861-1870
  202-296-2882 (fax)
  bsteinbach@ebglaw.com

  *********************************************************************
  Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the Help Desk of Epstein Becker & Green at 212-351-4701 and destroy the original message and all copies.
  *********************************************************************

**From:**      Brian Steinbach
**To:**          Scott Morse
**Date:**      Tue, Jul 22, 2003 10:55 AM
**Subject:**   Re: Passauer v. Quest

Yes, sorry I did not immediately respond. I need to consider whether a 3:30 start is acceptable - I want to finish in one day but also don't particularly want to go real late. I will look over how long I think I need later today and let you know.
Although normally I prefer to depose opposing parties on my own ground, in this case it may make more sense to do it a your place. I assume you have available facilities, and if necessary I could use a copier? Thanks.

Brian Steinbach
Epstein Becker & Green, P.C.
1227 25th St. N.W. Suite 700
Washington, D.C. 20037
202-861-1870
202-296-2882 (fax)
bsteinbach@ebglaw.com

>>> "Scott Morse" <snamorse@msn.com> 07/22/03 11:03AM >>>
Did you receive my recent reply e-mail from earlier today?

J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230
  ----- Original Message -----
  From: Brian Steinbach
  To: snamorse@msn.com
  Sent: Monday, July 21, 2003 1:06 PM
  Subject: Passauer v. Quest


  I know that you were away last week and have just returned - but as a reminder, I am resending the email below so that we can nail down a deposition date. I am told that all of these dates work for my client. Thanks.

>>> Brian Steinbach 07/11/03 03:29PM >>>
  This is to follow up on our discussion earlier this week (July 7) regarding discovery. As we discussed, I look forward to receiving plaintiff's responses to our written discovery no later than July 25. While I have not yet had a chance to confirm my client's availability, In light of your scheduled vacation next week I wanted to suggest the following dates, for Mr. Passauer's deposition: August 7, 6, 5, 8, and 11. Please let me know your availability and while you are gone I can confirm a date based on my client's availability. Thanks.

Brian Steinbach
Epstein Becker & Green, P.C.
1227 25th St. N.W. Suite 700
Washington, D.C. 20037
202-861-1870
202-296-2882 (fax)
bsteinbach@ebglaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Confidentiality Note:  This e-mail is intended only for the
person or entity to which it is addressed and may contain
information that is privileged, confidential or otherwise
protected from disclosure.  Dissemination, distribution
or copying of this e-mail or the information herein by
anyone other than the intended recipient, or an employee
or agent responsible for delivering the message to the
intended recipient, is prohibited.  If you have received
this e-mail in error, please call the Help Desk of Epstein
Becker & Green at 212-351-4701 and destroy the original
message and all copies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:**        Brian Steinbach
**To:**          Morse, J. Scott, Esq. - Business E-Mail
**Date:**        Wed, Jul 23, 2003  4:58 PM
**Subject:**     Passauer v. Quest

Scott, regarding the deposition, I am willing to accommodate your client by starting at 3:30, provided my client rep is able to stay into the evening  but if I don't finish in four hours or so, i.e. by 7:30. I may want to come back another day (if it is real close, I may keep going). I suggest tentatively Aug. 7 and 8, subject to my client's availability. Please let me know.
Also, can we use your place for the deposition? Let me know so I can issue the notice.

Brian Steinbach
Epstein Becker & Green, P.C.
1227 25th St. N.W. Suite 700
Washington, D.C. 20037
202-861-1870
202-296-2882 (fax)
bsteinbach@ebglaw.com

**From:**     "Scott Morse" <snamorse@msn.com>
**To:**        "Brian Steinbach" <bsteinbach@ebglaw.com>
**Date:**     Thu, Jul 24, 2003  9:12 AM
**Subject:**  Re: Passauer v. Quest

Brain:

That sounds fine.  We can do the depo at my office.  I mailed you discovery responses yesterday - did you get my voicemail?  I can get you copies of all of the responsive documents if you are willing to have me send them to Legal Images, who will send you a bill for the copies - I am estimating around $25.  Please let me know.

J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230
 ----- Original Message -----
 From: Brian Steinbach
 To: snamorse@msn.com
 Sent: Wednesday, July 23, 2003 4:58 PM
 Subject: Passauer v. Quest


  Scott, regarding the deposition, I am willing to accommodate your client by starting at 3:30, provided my client rep is able to stay into the evening  but if I don't finish in four hours or so, i.e. by 7:30. I may want to come back another day (if it is real close, I may keep going). I suggest tentatively Aug. 7 and 8, subject to my client's availability. Please let me know.
  Also, can we use your place for the deposition? Let me know so I can issue the notice.

 Brian Steinbach
 Epstein Becker & Green, P.C.
 1227 25th St. N.W. Suite 700
 Washington, D.C. 20037
 202-861-1870
 202-296-2882 (fax)
 bsteinbach@ebglaw.com

*********************************************************************
Confidentiality Note:  This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please call the Help Desk of Epstein Becker & Green at 212-351-4701 and destroy the original message and all copies.
*********************************************************************

**From:** Brian Steinbach
**To:** Scott Morse
**Date:** Thu, Jul 24, 2003  9:19 AM
**Subject:** Re: Passauer v. Quest

Sorry, things have been a little hectic - I did get your voicemail and received the unsigned versions. Please copy the documents and have the bill sent to me. I need them in advance of the dep, obviously. I will send a notice out today as it does work for my client.

Brian Steinbach
Epstein Becker & Green, P.C.
1227 25th St. N.W. Suite 700
Washington, D.C. 20037
202-861-1870
202-296-2882 (fax)
bsteinbach@ebglaw.com

>>> "Scott Morse" <snamorse@msn.com> 07/24/03 09:31AM >>>
Brain:

That sounds fine.  We can do the depo at my office.  I mailed you discovery responses yesterday - did you get my voicemail?  I can get you copies of all of the responsive documents if you are willing to have me send them to Legal Images, who will send you a bill for the copies - I am estimating around $25.  Please let me know.

J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230
    ----- Original Message -----
    From: Brian Steinbach
    To: snamorse@msn.com
    Sent: Wednesday, July 23, 2003 4:58 PM
    Subject: Passauer v. Quest


  Scott, regarding the deposition, I am willing to accommodate your client by starting at 3:30, provided my client rep is able to stay into the evening  but if I don't finish in four hours or so, i.e. by 7:30. I may want to come back another day (if it is real close, I may keep going). I suggest tentatively Aug. 7 and 8, subject to my client's availability. Please let me know.
    Also, can we use your place for the deposition? Let me know so I can issue the notice.

    Brian Steinbach
    Epstein Becker & Green, P.C.
    1227 25th St. N.W. Suite 700
    Washington, D.C. 20037
    202-861-1870
    202-296-2882 (fax)
    bsteinbach@ebglaw.com


    *****************************************************************
    Confidentiality Note:  This e-mail is intended only for the
    person or entity to which it is addressed and may contain

information that is privileged, confidential or otherwise
protected from disclosure.  Dissemination, distribution
or copying of this e-mail or the information herein by
anyone other than the intended recipient, or an employee
or agent responsible for delivering the message to the
intended recipient, is prohibited.  If you have received
this e-mail in error, please call the Help Desk of Epstein
Becker & Green at 212-351-4701 and destroy the original
message and all copies.
**********************************************************************

**EXHIBIT 14**



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

ANTHONY PASSAUER,

           **Plaintiff,**

   v.

QUEST DIAGNOSTICS
INCORPORATED,

           **Defendant.**

Civil No.: CCB 03-CV-159

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that by agreement of the parties Defendant Quest Diagnostics Incorporated will take the deposition upon oral examination, for all uses authorized by the Federal Rules of Civil Procedure, of Plaintiff Anthony Passauer, beginning on Thursday, August 7, 2003 at 3:30 p.m. The deposition shall take place at the Law Offices of J. Scott Morse, LLC, 334 St. Paul Place, Baltimore, MD 21202, before a notary public or other person authorized to administer an oath. The deposition will continue from day to day until completed, other than Saturdays, Sundays and holidays.

Respectfully submitted,

Brian Steinbach
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037-1175
(202) 861-0900

Attorneys for Defendant
Quest Diagnostics Incorporated

DATED: July 24, 2003

DC:229219v1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Defendant's Notice of Deposition was served this 24th day of July, 2003, by facsimile and U.S. Mail, first class postage prepaid, on the following:

> J. Scott Morse, Esq.
> Law Office of J. Scott Morse, LLC
> 334 St. Paul Place
> Baltimore, MD 21202
> (410) 539-1230, x14
> Fax:  (410) 685-8846
>
> Attorneys for Plaintiff

2

**EXHIBIT 15**

**From:** Brian Steinbach
**To:** Morse, J. Scott, Esq. - Business E-Mail
**Date:** Wed, Aug 6, 2003  3:18 PM
**Subject:** Passauer

Scott, an emergency has come up that will occupy me through Tuesday and I will not be able to do the deposition tomorrow. I have a previous commitment on Wednesday. I have open  next Thursday or Friday, or Tuesday the 26th (last day of discovery).  Thanks.

Brian Steinbach
Epstein Becker & Green, P.C.
1227 25th St. N.W. Suite 700
Washington, D.C. 20037
202-861-1870
202-296-2882 (fax)
bsteinbach@ebglaw.com

**From:**     "Scott Morse" <snamorse@msn.com>
**To:**     "Brian Steinbach" <bsteinbach@ebglaw.com>
**Date:**     Wed, Aug 6, 2003  4:29 PM
**Subject:**     Re: Passauer

Next Thursday or Friday at 3 pm is fine.  Let me know.

J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230
----- Original Message -----
From: Brian Steinbach
To: snamorse@msn.com
Sent: Wednesday, August 06, 2003 3:18 PM
Subject: Passauer


  Scott, an emergency has come up that will occupy me through Tuesday and I will not be able to do the deposition tomorrow. I have a previous commitment on Wednesday. I have open  next Thursday or Friday, or Tuesday the 26th (last day of discovery).  Thanks.

  Brian Steinbach
  Epstein Becker & Green, P.C.
  1227 25th St. N.W. Suite 700
  Washington, D.C. 20037
  202-861-1870
  202-296-2882 (fax)
  bsteinbach@ebglaw.com


*********************************************************************
Confidentiality Note:  This e-mail is intended only for the
person or entity to which it is addressed and may contain
information that is privileged, confidential or otherwise
protected from disclosure.  Dissemination, distribution
or copying of this e-mail or the information herein by
anyone other than the intended recipient, or an employee
or agent responsible for delivering the message to the
intended recipient, is prohibited.  If you have received
this e-mail in error, please call the Help Desk of Epstein
Becker & Green at 212-351-4701 and destroy the original
message and all copies.
*********************************************************************

**From:**      Brian Steinbach
**To:**        Scott Morse
**Date:**      Wed, Aug 6, 2003  4:48 PM
**Subject:**   Re: Passauer

Will do, I have to check with the client.

Brian Steinbach
Epstein Becker & Green, P.C.
1227 25th St. N.W. Suite 700
Washington, D.C. 20037
202-861-1870
202-296-2882 (fax)
bsteinbach@ebglaw.com

>>> "Scott Morse" <snamorse@msn.com> 08/06/03 04:45PM >>>
Next Thursday or Friday at 3 pm is fine.  Let me know.

J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230
  ----- Original Message -----
  From: Brian Steinbach
  To: snamorse@msn.com
  Sent: Wednesday, August 06, 2003 3:18 PM
  Subject: Passauer


  Scott, an emergency has come up that will occupy me through Tuesday and I will not be able to do the
deposition tomorrow. I have a previous commitment on Wednesday. I have open  next Thursday or
Friday, or Tuesday the 26th (last day of discovery).  Thanks.

  Brian Steinbach
  Epstein Becker & Green, P.C.
  1227 25th St. N.W. Suite 700
  Washington, D.C. 20037
  202-861-1870
  202-296-2882 (fax)
  bsteinbach@ebglaw.com


  *******************************************************************
Confidentiality Note:  This e-mail is intended only for the
person or entity to which it is addressed and may contain
information that is privileged, confidential or otherwise
protected from disclosure.  Dissemination, distribution
or copying of this e-mail or the information herein by
anyone other than the intended recipient, or an employee
or agent responsible for delivering the message to the
intended recipient, is prohibited.  If you have received
this e-mail in error, please call the Help Desk of Epstein
Becker & Green at 212-351-4701 and destroy the original
message and all copies.

**From:**      Brian Steinbach
**To:**        Scott Morse
**Date:**      Thu, Aug 7, 2003  9:25 AM
**Subject:**   Re: Passauer

Let's make it Friday, August 15 at 3 p.m. Please confirm. Thanks.

Brian Steinbach
Epstein Becker & Green, P.C.
1227 25th St. N.W. Suite 700
Washington, D.C. 20037
202-861-1870
202-296-2882 (fax)
bsteinbach@ebglaw.com

>>> "Scott Morse" <snamorse@msn.com> 08/06/03 04:45PM >>>
Next Thursday or Friday at 3 pm is fine.  Let me know.

J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230
   ----- Original Message -----
  From: Brian Steinbach
  To: snamorse@msn.com
  Sent: Wednesday, August 06, 2003 3:18 PM
  Subject: Passauer


   Scott, an emergency has come up that will occupy me through Tuesday and I will not be able to do the
deposition tomorrow. I have a previous commitment on Wednesday. I have open  next Thursday or
Friday, or Tuesday the 26th (last day of discovery).  Thanks.

  Brian Steinbach
  Epstein Becker & Green, P.C.
  1227 25th St. N.W. Suite 700
  Washington, D.C. 20037
  202-861-1870
  202-296-2882 (fax)
  bsteinbach@ebglaw.com



**************************************************************
Confidentiality Note:  This e-mail is intended only for the
person or entity to which it is addressed and may contain
information that is privileged, confidential or otherwise
protected from disclosure.  Dissemination, distribution
or copying of this e-mail or the information herein by
anyone other than the intended recipient, or an employee
or agent responsible for delivering the message to the
intended recipient, is prohibited.  If you have received
this e-mail in error, please call the Help Desk of Epstein
Becker & Green at 212-351-4701 and destroy the original
message and all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:**         "Scott Morse" <snamorse@msn.com>
**To:**           "Brian Steinbach" <bsteinbach@ebglaw.com>
**Date:**         Thu, Aug 7, 2003  9:33 AM
**Subject:**      Re: Passauer

The 5th is fine.

J. Scott Morse, Esquire
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD  21202
410-539-1230
  ----- Original Message -----
 From: Brian Steinbach
 To: snamorse@msn.com
 Sent: Thursday, August 07, 2003 9:25 AM
 Subject: Re: Passauer


 Let's make it Friday, August 15 at 3 p.m. Please confirm. Thanks.

 Brian Steinbach
 Epstein Becker & Green, P.C.
 1227 25th St. N.W. Suite 700
 Washington, D.C. 20037
 202-861-1870
 202-296-2882 (fax)
 bsteinbach@ebglaw.com

 >>> "Scott Morse" <snamorse@msn.com> 08/06/03 04:45PM >>>
 Next Thursday or Friday at 3 pm is fine.  Let me know.

 J. Scott Morse, Esquire
 Law Office of J. Scott Morse, LLC
 334 St. Paul Place
 Baltimore, MD  21202
 410-539-1230
   ----- Original Message -----
  From: Brian Steinbach
  To: snamorse@msn.com
  Sent: Wednesday, August 06, 2003 3:18 PM
  Subject: Passauer


   Scott, an emergency has come up that will occupy me through Tuesday and I will not be able to do the
 deposition tomorrow. I have a previous commitment on Wednesday. I have open  next Thursday or
 Friday, or Tuesday the 26th (last day of discovery).  Thanks.

  Brian Steinbach
  Epstein Becker & Green, P.C.
  1227 25th St. N.W. Suite 700
  Washington, D.C. 20037
  202-861-1870
  202-296-2882 (fax)
  bsteinbach@ebglaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidentiality Note:  This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please call the Help Desk of Epstein Becker & Green at 212-351-4701 and destroy the original message and all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidentiality Note:  This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited.  If you have received this e-mail in error, please call the Help Desk of Epstein Becker & Green at 212-351-4701 and destroy the original message and all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EXHIBIT 16**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY PASSAUER** | |
| **Plaintiff,** | |
| **v.** | **Civil No.: CCB 03-CV-159** |
| **QUEST DIAGNOSTICS INCORPORATED,** | |
| **Defendant.** | |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## FIRST SET OF INTERROGATORIES

Defendant Quest Diagnostics Incorporated ("Quest") objects to Plaintiff's First Set of Interrogatories, dated and served by mail on July 23, 2003, as follows:

### GENERAL OBJECTIONS

1. Defendant Quest objects to the entire set of interrogatories, as well as each of the individual interrogatories stated therein, on the grounds that the set of interrogatories is untimely and was not served in accordance with the requirements of the Federal Rules of Civil Procedures, the Local Rules of this Court, or the scheduling order applicable to this case. Among other things, the set of interrogatories was not made and served sufficiently in advance of the June 25, 2003 discovery deadline for the response to be due no later than the discovery deadline, in violation of Local Rule 104(2) and part II (a) of the scheduling order; to the contrary, it was dated and served nearly a month after the discovery deadline. Although the Court's July 1, 2003 Order extended discovery through August 26, 2003 for the purposes of Defendant taking the deposition of Plaintiff, it did not extend discovery for any other purpose. In addition, the interrogatories purport to require responses in accordance with the

Maryland Rules of Procedure, rather than the Federal Rules of Civil Procedure that govern this action.

2. In the event that the Court should subsequently rule that Defendant Quest must respond to Plaintiff's set of interrogatories despite its untimely nature, Defendant Quest reserves the right to state other general objections to Plaintiff's set of interrogatories as well as specific objections to all or part of the individual interrogatories stated therein.

Respectfully submitted,

Frank C. Morris, Jr., Esq.
Bar No. 05157
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Attorneys for Defendant
Quest Diagnostics Incorporated

Dated: August 15, 2003

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Objections to Plaintiff's First Set of Interrogatories in this case was served by U.S. Mail, postage pre-paid, on August 15, 2003 on the following:

J. Scott Morse, Esq.
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD 21202

Attorneys for Plaintiff


Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 861-0900
Fax: (202) 296-2882

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY PASSAUER<br><br>Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED,<br><br>Defendant. | Civil No.: CCB 03-CV-159 |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
## FIRST REQUEST FOR PRODUCTION

Defendant Quest Diagnostics Incorporated ("Quest") objects to Plaintiff's First Request
for Documents, dated and served by mail on July 23, 2003, as follows:

### GENERAL OBJECTIONS

1.  Defendant Quest objects to the entire request for production, as well as each of the
individual requests stated therein, on the grounds that the request for production is untimely
and was not served in accordance with the requirements of the Federal Rules of Civil
Procedures, the Local Rules of this Court, or the scheduling order applicable to this case.
Among other things, the request was not made and served sufficiently in advance of the June
25, 2003 discovery deadline for the response to be due no later than the discovery deadline, in
violation of Local Rule 104(2) and part II (a) of the scheduling order; to the contrary, it was
dated and served over a month after the discovery deadline. Although the Court's July 1, 2003
Order extended discovery through August 26, 2003 for the purposes of Defendant taking the
deposition of Plaintiff, it did not extend discovery for any other purpose. In addition, the
request for production purports to require responses in accordance with the Maryland Rules of

Procedure, rather than the Federal Rules of Civil Procedure that govern this action.

2.  In the event that the Court should subsequently rule that Defendant Quest must respond to Plaintiff's request for production despite its untimely nature, Defendant Quest reserves the right to state other general objections to Plaintiff's request as well as specific objections to all or part of the individual requests stated therein.

Respectfully submitted,

Frank C. Morris, Jr., Esq.
Bar No. 05157
Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037

Attorneys for Defendant
Quest Diagnostics Incorporated

Dated: August 15, 2003

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Objections to Plaintiff's First Request for Production in this case was filed and served by U.S. Mail, postage pre-paid, on August 15, 2003 on the following:

J. Scott Morse, Esq.
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD 21202

Attorneys for Plaintiff

Brian W. Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 861-0900
Fax: (202) 296-2882

3

**EXHIBIT 17**

EPSTEIN, BECKER & GREEN, P.C.

## NOTES OF TELEPHONE MESSAGE

**Telephone Message for:**     Brian Steinbach

**From:**     Scott Morse

**Of:**

**Telephone:**     410-539-1230

**Date / Time:**     August 18, 2003

**Subject:**     Passauer vs. Quest

**Comments:**

      Hey Brian this is Scott Morse, Passauer vs. Quest. I just got your objections and I thought you and I were on good terms with this thing, we were going to get everything done, but apparently you want to play the technical gamesmanship game. So, you know, I didn't make any technical argument when you didn't send me a new Notice of Deposition for my client's deposition, I didn't make any technical argument when you wanted to get an extension to plead, but you know if that's the way you play that's they way you play. I'm just asking for discovery which is fair and reasonable, and I'm sure the Court is going to grant to me, but you're making me go through all these hoops, but I didn't think you were that kind of attorney, but I guess that's the way it's going to play out. So, if you're going to respond to these things without going through these hoops let me know. If you want to play the game, then we'll play the game. Please give me a call and let me know 410-539-1230. Thanks.

**Next Steps:**

---

**Filing Instructions:**

**Client/Matter Name:**
**Client/Matter Number:**
**Subfile:**
**Initials/Date:**

DC:232000v2

**EXHIBIT 18**

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

1227 25TH STREET, NW, SUITE 700

WASHINGTON, DC 20037-1175

202.861.0900

FAX: 202.296.2882

EBGLAW.COM

BRIAN STEINBACH
TEL: 202.861.1870
FAX: 202.861.3522
BSTEINBACH@EBGLAW.COM

August 28, 2003

J. Scott Morse, Esq.
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD 21202

Re: Passauer v. Quest Diagnostics

Dear Scott:

This is in response to the telephone message that you left me on August 18, 2003 concerning Quest's objections to the Plaintiff's written discovery. I apologize for not responding sooner, but as you know, I was out of town on vacation at the time and did not return until earlier this week.

As a general rule, I believe in cooperating with opposing attorneys with respect to such matters as extensions of time and scheduling whenever such cooperation is unlikely to have any detrimental effect upon my client's interests (provided, of course, that my client has no objection). This case has been no different. For example, as we had been having some settlement discussions, I delayed the service of written discovery until May 23, 2003, the last possible day that would allow a response by the June 25, 2003 date for ending discovery (if served by mail). Similarly, I did not force the issues of the responses to that discovery being delayed because Mr. Passauer was entering the hospital and you were going on vacation (ultimately four weeks late), or of deposing Mr. Passauer before he entered the hospital. Instead, I agreed to an extension of discovery for the purpose of taking his deposition until after he would have adequate time to recover. When we did schedule Mr. Passauer's deposition, I agreed to a 3:30 p.m. start on the August 7, 2003 date we originally picked so that he could come after work, even though, as he revealed at his August 15, 2003 deposition, he actually was not working that week. Likewise, I recognize that you provided similar courtesies in agreeing to an extension of time to answer, in providing the answering machine tape informally, and in not requiring Mr. Passauer's deposition to be renoticed when I had to change the date. In addition, as part of our efforts to settle, we both informally shared some of our theories concerning the case and the facts that we believed would support them.

ATLANTA • BOSTON • CHICAGO • DALLAS • HOUSTON • LOS ANGELES

NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY.

J. Scott Morse, Esq.
August 28, 2003
Page 2

The motion filed on June 25 to modify the scheduling order specifically sought an extension of time only for deposing Mr. Passauer, and the accompanying proposed order was equally specific. Had you at any time prior to June 25 sought an extension of discovery for the purpose of serving your own written discovery, I likely would have agreed to it, even though the last day for doing so technically was May 23, 2003 (if served by mail). However, during our discussions on the need to modify the scheduling order for deposing Mr. Passauer, you never mentioned this issue, and the June 25 date passed without any indication that you wished to engaged in any discovery of your own, The first such indication that I recall came on July 11 when you emailed a set of draft discovery requests. You did not actually serve these until July 23, two months after the date they should have been served. Under these circumstances, it would have been detrimental to my client's interests for it to simply ignore the passage of the Court's discovery deadline. It would not be fair and reasonable to agree to respond to discovery first propounded two months after the last date that it should have been propounded. It is for this reason that on August 15, 2003 Quest served objections to both the Plaintiff's Interrogatories and his Request for Production, stating that they were untimely.

Accordingly, to the extent that your telephone message was a request that Quest reconsider its decision to object to your written discovery and not provide any other responses, Quest declines to do so.

Separately, as indicated in Defendant's Status Report filed on August 26, 2003, Quest intends to file a motion for summary judgment. Please let me know if Mr. Passauer is willing to consider accepting Quest's prior settlement offer; if so, I will find out if that amount is still available.

Very truly yours,

Brian Steinbach

**EXHIBIT 19**

EPSTEIN, BECKER & GREEN, P.C.

## NOTES OF TELEPHONE MESSAGE

**Telephone Message for:**   Brian Steinbach

**From:**   Scott Morse

**Of:**

**Telephone:**

**Date / Time:**   August 29, 2003  2:13 p.m.

**Subject:**   Passauer vs. Quest

**Comments:**

Hey Brian, Scott Morse about Passauer vs. Quest.  Just got your letter.  I see you're not gonna reconsider your objections to discovery and you know I think there was a misunderstanding as to what was being extended.

You put the extend the discovery but then you drafted the motion I guess and I didn't then review too carefully and you said as to for purposes of taking deposition but then you said all deadlines all the deadlines will be extended as well. From my understanding discovery was to be left open until that date and I did file it within 30 days of the last date which we I thought extended all discovery to, so it was timely in my mind.  So maybe there was a miscommunication and again if you're still gonna hang your hat on that miscommunication that's fine.  I'll have to file a motion to compel. I don't think the court will take too kindly to it, it's just a misunderstanding and I can't see how your client is prejudiced in any way and to me it's just being picky to be picky and trying to delay and waste some time and if you can get out of doing what you're supposed to do by the rules of civil procedure just to hang it on a technicality, but again if that's the way you want to play that's the way you can play.  Just letting you know that if I don't hear back from you that you're gonna be responding by Tuesday, I'll file my motion on Tuesday.

Thanks, Brian.

**Next Steps:**

---

**Filing Instructions:**

**Client/Matter Name:**
**Client/Matter Number:**
**Subfile:**
**Initials/Date:**

DC:232280v2