```
        IN THE DISTRICT COURT FOR THE DISTRICT OF MARYLAND
                         NORTHERN DIVISION
```

Anthony Passauer                    *

    Plaintiff                   *

V                                   *    Civil Case No.: CCCB 03-CV-159

Quest Diagnostics Incorporated      *

    Defendant                   *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

                RESPONSE TO MOTION FOR SUMMARY JUDGMENT

    Plaintiff, by undersigned counsel, hereby responds to Defendant's Motion for Summary
Judgment.  There are facts in dispute and Defendant is not entitled to judgment as a matter of
law.  A memorandum of law in support of this Motion is attached hereto and incorporated herein
by reference.  Plaintiff incorporates herein his Supporting Memorandum.

                                             _____/S/_____
                                             J. Scott Morse, Esquire
                                             Bar ID 26017
                                             Law Office of J. Scott Morse, LLC
                                             334 St. Paul Place
                                             Baltimore, MD 21202
                                             (410) 539-1230
                                             Attorney for Plaintiff

                        CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 3rd day of October, 2003, a copy of the foregoing was
filed electronically and served on the following:
Brian Steinbach, Esquire
Epstein Becker & Green, PC
1227 25th Street, NW - Ste 700
Washington, DC 20037
Attorney for Defendant

                                             _____/S/_____
                                             J. Scott Morse, Esquire