IN THE DISTRICT COURT FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **Anthony Passauer** | * | |
| Plaintiff | * | |
| V | * | Civil Case No.: CCCB 03-CV-159 |
| **Quest Diagnostics Incorporated** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR LEAVE TO AMEND COMPLAINT

Plaintiff, by undersigned counsel, pursuant to Rule 15(a), hereby request that he be allowed to amend his Complaint, and for cause states:

1. This case is essentially about the improper and illegal firing of Plaintiff, a long-time employee of Defendant who had just returned from FMLA leave.

2. The facts allege an intentional violation of FMLA, but does not specifically use the word "willful." The statute of limitations for a "willful" violation of FMLA is three years, for which Plaintiff timely filed. Plaintiff wishes to add the word "wilfull" as a technical matter, to avoid any statute of limitations arguments on the part of the Defendant.

3. Although the facts allege that Defendant intentionally violated FMLA, and that Plaintiff was wrongfully terminated, there is no separate count spelled-out specifically for wrongful termination. Plaintiff wishes to add this as a separate count. There are no new facts, this is simply an attempt to make sure that the Complaint conforms to the facts and evidence, and so that all of Plaintiff's rights and remedies are protected. This amendment does not prejudice or cause any undue prejudice to the Defendant.

4. Both of these amendments are in the interest of justice to protect Plaintiff's rights and remedies at law, and under Rule 15(a) leave to amend shall be freely given.

5. Both of these amendments relate back to the original Complaint under Rule 15(c), as they arose out of the conduct, transaction, or occurrence set forth in the original pleading.

6. Plaintiff's counsel called Defendant's counsel to seek permission to file an Amended Complaint. Defendant's counsel would not grant permission for Plaintiff to amend his Complaint.

WHEREFORE, Plaintiff respectfully requests that he be granted leave to amend his Complaint, and that this Honorable Court accept Plaintiff's Amended Complaint.

_____/S/_____
J. Scott Morse, Esquire
Bar ID 26017
Law Office of J. Scott Morse, LLC
334 St. Paul Place
Baltimore, MD 21202
(410) 539-1230
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October, 2003, a copy of the foregoing was filed electronically and served on the following:

Brian Steinbach, Esquire
Epstein Becker & Green, PC
1227 25th Street, NW - Ste 700
Washington, DC 20037
Attorney for Defendant

_____/S/_____
J. Scott Morse, Esquire