**EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

|  |  |
|---|---|
| **ANTHONY PASSAUER**<br><br>    **Plaintiff,**<br><br>  **v.**<br><br>**QUEST DIAGNOSTICS INCORPORATED,**<br><br>    **Defendant.** | **Civil No.: CCB 03-CV-159** |

## <u>SUPPLEMENTAL DECLARATION OF MARILYN MARTIN HOLTHAUS</u>

I, Marilyn Martin Holthaus, declare as follows:

1.  I am currently a Human Resources Manager for the Baltimore, Maryland business unit of Quest Diagnostics Inc. ("Quest"). As such I am based at Quest's Baltimore, Maryland facility, also known as its Arbutus, Maryland location. My office is located on Sulphur Spring Road. In 2000, I was a Human Resources Generalist for Quest at the same location. At that time, I was known as Marilyn Martin. I have since married and changed my last name to Holthaus. I am the same Marilyn Martin Holthaus who previously submitted a Declaration in this proceeding. The facts in this Supplemental Declaration are based on personal knowledge.

2.  According to Quest's records, on April 18, 2000 Logistics Manager Phil Foster submitted an employment requisition form for the position of "Logistics Supervisor," to replace the incumbent, Alice Duvall, who was leaving on May 1, 2000. A copy of this form is attached as Exhibit 1. The form shows that the final approval of this requisition occurred on April 24, 2000.

3.      Also according to Quest's records, following approval of the requisition a vacancy for the position of "Supv, Logistics" was posted from April 26 to May 3, 2000. A copy of that posting is attached as Exhibit 2.

4.      Attached as Exhibit 3 is a copy of the job description for the position of "Supervisor – Logistics (Baltimore)" as it existed in 2000 at the time the vacancy was posted.

5.      This is the same position for which, as set forth in my prior Declaration, on or about May 8, 2000, I suggested to Mr. Passauer that he apply.

6.      Quest pays its employees every two weeks, a week after the end of the applicable pay period.

7.      During discovery, Mr. Passauer produced a number of his pay stubs. Copies of the pay stubs that he produced for the pay checks dated February 4, 1999 through March 17, 2000 are attached as Exhibit 4.

8.      Mr. Passauer produced two pay stubs for pay checks dated February 4, 2000, for the period ending January 28, 2000. The first shows 10.3 hours of regular time, plus 40 hours of paid time off ("vacation.") The second shows 16 hours of paid time off ("vacation.") The regular time reflects hours worked before he began his leave of absence on January 18, 2000. The 40 hours reflects the one week waiting period before short-term disability benefits began. The 16 hours reflect a "top off" of his short term disability payment, that is, a supplemental payment for the remainder of the pay period of the difference between short-term disability, which paid 60% of his regular pay, and his total regular pay. (He probably should only have received 12.8 hours, or 40% of the 32 hours for which he was eligible to receive short-term disability payments in that pay period.)

9.     Mr. Passauer's produced pay stubs for the next three pay checks, dated February 18, March 3 and March 17, 2000 for the pay periods ending February 11, February 25 and March 10, 2000, each show 32 hours of paid time off ("vacation"). This reflects a "top off" or supplemental payment of the difference between short-term disability and his total regular pay for each of these pay periods. This is consistent with Quest's quarterly earnings report for Mr. Passauer, a copy of which is attached as Exhibit 5, which shows the same payments, and Quest's Leave of Absence paperwork for Mr. Passauer, a copy of which is attached as Exhibit 6, which reflects all but the last of these supplemental payments.

10.     Mr. Passauer also produced a pay stub dated March 13, 2000 showing an incentive payment of $660.00 (gross), which represents a payout of his annual incentive earnings for 1999, and a memo to him from Human Resource Representative Renee Fields dated March 16, 2000 (attached as Exhibit 7) stating that an additional merit lump sum amount of $687.74 was not included in his March 17, 2000 paycheck but would be included in his March 31, 2000 paycheck. Both these payments are also reflected in Quest's quarterly earnings report.

11.     Quest's quarterly earnings report shows no payment to Mr. Passauer for paid time off for the pay check dated March 31, 2000, for the pay period ending March 24, 2000. Quest has no record of any other payments to Mr. Passauer for paid time off thereafter. This is consistent with his having used up all of his available paid time off. In addition, the Status Change Form reflecting his termination (attached as Exhibit 8) shows that on his termination May 12, 2000 he was due no vacation time.

12.     Even if Mr. Passauer had still had paid time off available to him at the end of his FMLA leave, such leave could only have been used to continue to supplement his short term disability payments. It would not have extended his FMLA leave or the job restoration rights that he had under the FMLA.

13.     If Mr. Passauer had begun his leave of absence at the time of his surgery on January 18, 2000 by taking vacation time, and later had requested FMLA leave to cover his extended disability, Quest would have retroactively designated the entire period as FMLA leave.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of October, 2003 at Arbutus, Maryland.



/s/*
Marilyn Martin Holthaus

*Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.

**EXHIBIT 1**

OCT. 13. 2003   8:37AM    QUEST DIAGNOSTICS                    NO. 343   P. 2

RW

QUEST DIAGNOSTICS, INC.

EMPLOYMENT REQUISITION FORM

JOB TITLE: _Logistics Supervisor_ DATE: _4/18/00_

DEPARTMENT: _Logistics – KL300 P?_ DESIRED START DATE: _5/1/00_

SHIFT: _✓_ DAY ___ EVENING ___ NIGHT – ACTUAL HOURS OF SHIFT: _8-5:00  M-F_
                                                   ACTUAL DAYS OF SHIFT: _____

TOTAL NUMBER OF WORK HOURS PER PAYPERIOD: _____

THIS IS A: _✓_ PERM REPLACE INTERNALLY ____ TEMP REPLACE INTERNALLY
THIS IS A: ____ PERM REPLACE EXTERNALLY ____ TEMP REPLACE EXTERNALLY

IF REPLACEMENT, NAME OF VACATING EMPLOYEE: _Alice DuVall_

CURRENT EMPLOYEE'S LAST DAY OF WORK: _5/1/00_

ATTACH COPY OF CURRENT JOB DESCRIPTION WHICH INCLUDES MINIMUM REQUIREMENT FOR
POSITION (RECRUITMENT WILL NOT BEGIN WITHOUT THIS DOCUMENT).

OTHER: _____
_____

DRIVING RECORD REQUIRED: YES _✓_ NO ___

RECRUITMENT EFFORTS REQUESTED (CHECK ALL THAT APPLIES): INHOUSE POSTING: _✓_

NEWSPAPER ____ OTHER (BE SPECIFIC): _____

APPLICANTS TO BE INTERVIEWED BY: _Phil Foster_ EXT.: _1407_

COMPLETED BY: _Phil Foster_ DATE: _4/18/00_

APPROVALS TO FILL POSITION:

_[signature]_ _4/24/00_          _[signature]_ _4/20/00_
GENERAL MANAGER'S SIGNATURE  DATE    SENIOR MANAGER'S SIGNATURE    DATE

_Phil Foster_ _4/18/00_
MANAGER'S SIGNATURE  DATE

FOR PERSONNEL DEPARTMENT USE:

DATE RECEIVED: _____ DATE POSTED: _____ ADVERTISING HISTORY: _____

NOTES/COMMENTS: _Joseph Nueslein – start date 5/11/00_

**EXHIBIT 2**

# Job Postings
## Posting Dates: April 26 - May 3

**Supervisor - Logistics (Baltimore)**
**Exempt Salary Grade - 45**
**Hiring Manager - Phil Foster**
**Human Resource Generalist - Marilyn Martin**

AA or the equivalent in education and experience. 5 or more years work related experience required. Responsible for the scheduling and supervision of couriers. Prioritizes logistics activities to meet deadlines. Responsible for maintenance and repair of fleet vehicles. Travels as necessary to ensure quality of courier service.

**EXHIBIT 3**

# Quest Diagnostics Job Description

*09-Apr-97*

**Job Code:** 100044                    **Job Family:** Logistics

    **Title:** Supv, Logistics            **Grade:**      45

**FLSA:** E

**Basic Purpose:**

Responsible for the scheduling and supervision of couriers. Prioritizes logistics activities to meet deadlines. Responsible for maintenance and repair of fleet vehicles. Travels as necessary to ensure quality of courier service.

**Accountabilities:**

1. Supervises logistics activities of couriers to ensure prompt pick-ups and delivery of specimens and supplies to clients.

2. Estimates personnel needs and schedules and assigns personnel to meet delivery deadlines.

3. Develops and maintains effective communications with all internal and external clients.

4. Coordinates the maintenance and repair of fleet vehicles

5. Travels to ensure client satisfaction and compliance with Quality standards.

**Education Preferred:**  AA              **Add'l Certification:**

**Other Requirements:**                **Work Experience:**  5+ years

**EXHIBIT 4**

| | ISSUE DATE | EMPLOYEE NAME | | EMPLOYEE I.D. | PERIOD |
|---|---|---|---|---|---|
| | 02/04/00 | ANTHONY R PASSAUER | | 0216546797 | 006 |

| STANDARD SALARY RATE | TOTAL HOURS | GROSS PAY | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| 17.9100 | 50.30 | 900.87 | 71.14 | 91.41 | 738.32 |

| EARNINGS | HOURS | AMOUNT | STATUS DEP. | TAXES & DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR | 10.30 | 184.47 | S   0 | FICA TAX | 53.02 | 251.24 |
| VACATION | 40.00 | 716.40 | S   0 | MEDICARE | 12.40 | 58.76 |
| GROUP LIFE | .00 | .40 | M   9 | U.S.W/H TX | .00 | 94.51 |
| | | | S   9 | MD + 2.77 | 5.72 | 125.66 |
| | | | | PRETAX 401 | 36.03 | 167.56 |
| | | | | LIFE INS | 9.34 | 28.02 |
| | | | | MEDICAL | 40.51 | 121.53 |
| | | | | DENTAL | 5.53 | 16.59 |

| YEAR TO DATE GROSS | 4,189.15 |
|---|---|
| YTD FED. TAXABLE WAGE | 4,170.03 |



Quest
Diagnostics

92-519-1 Quest Diagnostics Incorporated. All rights reserved. Published 1997. Revised 6/98
Quest, Quest Diagnostics, Quest DX and the associated logo are trademarks/servicemarks of Quest Diagnostics Incorporated

— REMOVE DOCUMENT ALONG THIS PERFORATION —



THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**DEPOSIT ADVICE NON-NEGOTIABLE**

007795    074101    P2

| | ISSUE DATE | EMPLOYEE NAME | | EMPLOYEE I.D. | PERIOD |
|---|---|---|---|---|---|
| | 02/04/00 | ANTHONY R PASSAUER | | 0216546797 | 006 |

| STANDARD SALARY RATE | TOTAL HOURS | GROSS PAY | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| 17.9100 | 16.00 | 286.56 | 21.93 | .00 | 264.63 |

| EARNINGS | HOURS | AMOUNT | STATUS DEP. | TAXES & DEDUCTIONS | CURRENT AMOUNT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|
| VACATION | 16.00 | 286.56 | S  0 | FICA TAX | 17.77 | 269.01 |
| | | | S  0 | MEDICARE | 4.16 | 62.92 |
| | | | M  9 | U.S.W/H TX | .00 | 94.51 |
| | | | S  9 | MD + 2.77 | .00 | 125.66 |

| YEAR TO DATE GROSS | 4,475.71 |
|---|---|
| YTD FED. TAXABLE WAGE | 4,170.03 |



92-519-1 Quest Diagnostics Incorporated. All rights reserved. Published 1997. Revised 8/98
Quest, Quest Diagnostics, Quest DX and the associated logo are trade/servicemarks of Quest Diagnostics Incorporated

↑————— REMOVE DOCUMENT ALONG THIS PERFORATION —————↑



THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

**DEPOSIT ADVICE NON-NEGOTIABLE**

007906   084696   P3

| | ISSUE DATE | EMPLOYEE NAME | | EMPLOYEE I.D. | PERIOD |
|---|---|---|---|---|---|
| | 02/18/00 | ANTHONY R PASSAUER | | 0216546797 | 008 |

| STANDARD SALARY RATE | TOTAL HOURS | GROSS PAY | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| 17.9100 | 32.00 | 573.12 | 40.32 | 55.38 | 477.42 |

| EARNINGS | HOURS | AMOUNT | STATUS DEP. | TAXES & DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| VACATION | 32.00 | 573.12 | S   0 | FICA TAX | 32.68 | 301.69 |
| | | | S   0 | MEDICARE | 7.64 | 70.56 |
| | | | M   9 | U.S.W/H TX | .00 | 94.51 |
| | | | S   9 | MD + 2.77 | .00 | 125.66 |
| | | | | LIFE INS | 9.34 | 37.36 |
| | | | | MEDICAL | 40.51 | 162.04 |
| | | | | DENTAL | 5.53 | 22.12 |

| YEAR TO DATE GROSS | 5,048.83 |
|---|---|
| YTD FED. TAXABLE WAGE | 4,697.11 |



92-519-1 Quest Diagnostics Incorporated. All rights reserved. Published 1997. Revised 6/98
Quest, Quest Diagnostics, Quest DX and the associated logo are trademarks/servicemarks of Quest Diagnostics Incorporated

◀──────── REMOVE DOCUMENT ALONG THIS PERFORATION ────────▶

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.



**DEPOSIT ADVICE NON-NEGOTIABLE**

007727    092412    P2

| | ISSUE DATE | EMPLOYEE NAME | | EMPLOYEE I.D. | PERIOD |
|---|---|---|---|---|---|
| | 03/03/00 | ANTHONY R PASSAUER | | 0216546797 | 010 |

| STANDARD SALARY RATE | TOTAL HOURS | GROSS PAY | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| 17.9100 | 32.00 | 573.12 | 40.32 | 55.38 | 477.42 |

| EARNINGS | HOURS | AMOUNT | STATUS DEP. | TAXES & DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| VACATION | 32.00 | 573.12 | S 0 | FICA TAX | 32.68 | 334.37 |
| | | | S 0 | MEDICARE | 7.64 | 78.20 |
| | | | M 9 | U.S.W/H TX | .00 | 94.51 |
| | | | S 9 | MD + 2.77 | .00 | 125.66 |
| | | | | LIFE INS | 9.34 | 46.70 |
| | | | | MEDICAL | 40.51 | 202.55 |
| | | | | DENTAL | 5.53 | 27.65 |

| YEAR TO DATE GROSS | 5,621.95 |
|---|---|
| YTD FED. TAXABLE WAGE | 5,224.19 |



Quest Diagnostics

92-519-1 Quest Diagnostics Incorporated. All rights reserved. Published 1997. Revised 6/98.
Quest, Quest Diagnostics, Quest DX and the associated logo are trademarks/servicemarks of Quest Diagnostics Incorporated

‹————— REMOVE DOCUMENT ALONG THIS PERFORATION —————›

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.



**DEPOSIT ADVICE NON-NEGOTIABLE**

011762   109178   P2

| | ISSUE DATE | EMPLOYEE NAME | | EMPLOYEE I.D. | PERIOD |
|---|---|---|---|---|---|
| | 03/17/00 | ANTHONY R PASSAUER | | 0216546797 | 012 |

| STANDARD SALARY RATE | TOTAL HOURS | GROSS PAY | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| 17.9100 | 32.00 | 573.12 | 40.32 | 55.38 | 477.42 |

| EARNINGS | HOURS | AMOUNT | STATUS DEP. | TAXES & DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| VACATION | 32.00 | 573.12 | S   0 | FICA TAX | 32.68 | 407.97 |
| | | | S   0 | MEDICARE | 7.64 | 95.41 |
| | | | M   9 | U.S.W/H TX | .00 | 271.92 |
| | | | S   9 | MD + 2.77 | .00 | 173.94 |
| | | | | LIFE INS | 9.34 | 56.04 |
| | | | | MEDICAL | 40.51 | 243.06 |
| | | | | DENTAL | 5.53 | 33.18 |

| YEAR TO DATE GROSS | 6,855.07 |
|---|---|
| YTD FED. TAXABLE WAGE | 6,384.87 |

**Q Quest Diagnostics**

92-519-1 Quest Diagnostics Incorporated. All rights reserved. Published 1997. Revised 6/98
Quest, Quest Diagnostics, Quest DX and the associated logo are trade/servicemarks of Quest Diagnostics Incorporated

→ REMOVE DOCUMENT ALONG THIS PERFORATION ←

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.



Quest Diagnostics Incorporated
One Malcolm Avenue
Teterboro NJ 01608-1098

ACCOUNT NO.
2002500000
117601762

AMT DEPOSIT
00.00
477.42

**Q Quest Diagnostics**

DEPOSITED INTO THE ACCOUNT OF:

ANTHONY R PASSAUER
1911 MIDDLEBOROUGH
BALTIMORE    MD 21221-3011

NET DEPOSIT
***\*\*\*\*477.42

DATE
03/17/00

# DEPOSIT ADVICE NON-NEGOTIABLE

P-059

007004    099289    P2

| | ISSUE DATE | EMPLOYEE NAME | | | | | EMPLOYEE I.D. | PERIOD |
|---|---|---|---|---|---|---|---|---|
| | 03/13/00 | ANTHONY R PASSAUER | | | | | 0216546797 | 098 |
| STANDARD SALARY RATE | TOTAL HOURS | GROSS PAY | | TOTAL TAXES | | TOTAL DEDUCTIONS | | NET PAY |
| 17.9100 | .00 | 660.00 | | 276.18 | | 26.40 | | 357.42 |
| EARNINGS | HOURS | AMOUNT | STATUS DEP. | TAXES & DEDUCTIONS | | CURRENT AMOUNT | | YEAR TO DATE |
| INCEN PLAN | .00 | 660.00 | S 0 | FICA TAX | | 40.92 | | 375.29 |
| | | | S 0 | MEDICARE | | 9.57 | | 87.77 |
| | | | M 9 | U.S.W/H TX | | 177.41 | | 271.92 |
| | | | S 9 | MD + 2.77 | | 48.28 | | 173.94 |
| | | | | PRETAX 401 | | 26.40 | | 193.96 |

| YEAR TO DATE GROSS | 6,281.95 |
|---|---|
| YTD FED. TAXABLE WAGE | 5,857.79 |



Quest Diagnostics

92-519-1 Quest Diagnostics Incorporated. All rights reserved. Published 1997. Revised 6/98
Quest, Quest Diagnostics, Quest DX and the associated logo are trade/servicemarks of Quest Diagnostics Incorporated.

← ─── REMOVE DOCUMENT ALONG THIS PERFORATION ─── →

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.



**DEPOSIT ADVICE NON-NEGOTIABLE**

P-104

**EXHIBIT 5**



Quest Diagnostics

## QUARTERLY EARNINGS REPORT

QTR ENDING> /  
SSN= 021654-6797  NAME= PASSAUER, ANTHONY R  CORP= RKV  RATE= 17.91  HIRE DATE= 01/01/00  REPORT DATE= 000331  TERM DATE= /

| CHECK DATE | HOURS | EARNINGS | GROSS | NET | TAXES | TAXES | DEDUCTIONS |
|---|---|---|---|---|---|---|---|
| 01/07/00 | REG= 79.00<br>O/T= 8.00 | REG= 1128.33<br>O/T= 214.92<br>OTH= 286.56 | 1629.81 | 1283.94 | FIT = 45.19<br>FICA = 121.49<br>STATE= 56.92 | SDI/UC= 0.00<br>LOCAL = 0.00<br>ST CD = 19 | DEFR= 111.23<br>OTH = 9.34 |
| 01/21/00 | REG= 92.80<br>O/T= 0.00 | REG= 1658.47<br>O/T= 0.00<br>OTH= 0.00 | 1658.47 | 788.96 | FIT = 49.32<br>FICA = 123.39<br>STATE= 61.02 | SDI/UC= 0.00<br>LOCAL = 0.00<br>ST CD = 19 | DEFR= 112.38<br>OTH = 523.40 |
| 02/04/00 | REG= 66.30<br>O/T= 0.00 | REG= 1187.43<br>O/T= 0.00<br>OTH= 0.00 | 1187.43 | 488.89 | FIT = 0.00<br>FICA = 87.95<br>STATE= 5.72 | SDI/UC= 0.00<br>LOCAL = 0.00<br>ST CD = 19 | DEFR= 82.07<br>OTH = 523.40 |
| 02/18/00 | REG= 32.00<br>O/T= 0.00 | REG= 573.12<br>O/T= 0.00<br>OTH= 0.00 | 573.12 | 477.42 | FIT = 0.00<br>FICA = 40.32<br>STATE= 0.00 | SDI/UC= 0.00<br>LOCAL = 0.00<br>ST CD = 19 | DEFR= 46.04<br>OTH = 9.34 |
| 03/03/00 | REG= 32.00<br>O/T= 0.00 | REG= 573.12<br>O/T= 0.00<br>OTH= 0.00 | 573.12 | 477.42 | FIT = 0.00<br>FICA = 40.32<br>STATE= 0.00 | SDI/UC= 0.00<br>LOCAL = 0.00<br>ST CD = 19 | DEFR= 46.04<br>OTH = 9.34 |
| 03/13/00 | REG= 0.00<br>O/T= 0.00 | REG= 0.00<br>O/T= 0.00<br>OTH= 860.00 | 660.00 | 357.42 | FIT = 177.41<br>FICA = 50.49<br>STATE= 48.28 | SDI/UC= 0.00<br>LOCAL = 0.00<br>ST CD = 19 | DEFR= 26.40<br>OTH = 0.00 |
| 03/17/00 | REG= 32.00<br>O/T= 0.00 | REG= 573.12<br>O/T= 0.00<br>OTH= 0.00 | 573.12 | 477.42 | FIT = 0.00<br>FICA = 40.32<br>STATE= 0.00 | SDI/UC= 0.00<br>LOCAL = 0.00<br>ST CD = 19 | DEFR= 46.04<br>OTH = 9.34 |
| 03/22/00 | REG= 0.00<br>O/T= 0.00 | REG= 0.00<br>O/T= 0.00<br>OTH= 0.00 | 0.00 | 0.00 | FIT = 0.00<br>FICA = 0.00<br>STATE= 0.00 | SDI/UC= 0.00<br>LOCAL = 0.00<br>ST CD = 19 | DEFR= 0.00<br>OTH = 0.00 |
| 03/31/00 | REG= 0.00<br>O/T= 0.00 | REG= 0.00<br>O/T= 0.00<br>OTH= 687.74 | 687.74 | 372.45 | FIT = 184.86<br>FICA = 52.61<br>STATE= 50.31 | SDI/UC= 0.00<br>LOCAL = 0.00<br>ST CD = 19 | DEFR= 27.51<br>OTH = 0.00 |
| QTD TOTAL | 341.90 | 7542.81 | 7542.81 | 4723.92 | | | |

**EXHIBIT 6**

# Leave of Absence

Emp Name  Passauer, Anthony R                                    SSN:  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

Cost Center  KL160    Supervisor  Bauernshub, Lawrence    Extension

Hire Date  12/23/74  Job Title  Coord. Facilities    FLSA  N    F

Address  1911 Middleborough

Baltimore    MD    21221    Home Phone  410/391-8112

Type of Leave  FMLA    Notified of Leave  12/30/2000  Paperwork Sent  12/30/2000

FMLA Eligible  ☑ Type FMLA  illness    FMLA Available  12 weeks

FMLA Ltr Sen  No  Date FMLA Ltr Sent    Cert Due:  02/01/2000

FMLA Expires  4 11 00  Mgr Notified    Cert Recvd  ✓

10 wk Ltr Sen    12 wk Ltr Sent  4 19 00

Last Day Worked  01/17/2000  First Day Out  01/18/2000  Waiting Period Ends  01/24/2000

Anticipated Return  5 2  Actual Return    ☐ Light Duty

Short Term Disability  ☑ Type  illness  Maternity  ☐ Disability Ends

Salary Continuation  ☐ Salary Data Sent  2 7 00  LTD Start Date

Entitlement Used for Waiting Period  40

Supplement Disability  ☑

2|4  (1 week)        2|18  300  32.00
300  16.00          3|3  300  32.00

☑ Health Insurance    640  40.51    650  5.53    230  9.34
Medical  $0.00  Dental  $0.00  Supp Life  $0.00

Paid Thru Date:  3 31 00  30 Months Expire:    Life Ins End

**Data Entry:**  PS LOA ☑  FMLA Ends PS ☑  Disability Ends PS ☐  RFL PS ☐  ☐

FM LOA ☐  FM RFL ☐  Entitlement Adjustment ☐

Comments:

3|1  Requested Template - did not receive

**EXHIBIT 7**

March 16, 1000

Dear Anthony Passauer:

After merit lump sum checks were processed, we discovered that some checks were inaccurate or did not print at all because of a particular systems issue.

Specifically, this error affects you in the following way:

    Lump Sum of  $687.74 was not included in 3/17/00 paycheck.

We are correcting this mistake immediately and will include additional lump sum and retro for the merit increase in your March 31st paycheck.

We are sorry for any inconvenience and want to reassure that the cause of this situation has been corrected.  This in no way reflects that any of your past merit or lump sum checks were incorrect.

I invite you to call me directly if you have any questions or comments at 410/536-1730.

Sincerely,

Renee Fields
Human Resources Representative
Baltimore

KAren / 536
1416

P-009

**EXHIBIT 8**

Quest Diagnostics

**Status Change Form**

| Social Security No.: | Name (print) | Department | Effective Date | Supervisor (print) |
|---|---|---|---|---|
| 216 54 6797 | Anthony Passauer | RH60 | 5/2/00 | L. Bauernshub |

| Item to change: | | From: | To: |
|---|---|---|---|

**☐ Transfer or Organization Change**

USA DL

| | From | To |
|---|---|---|
| Department Code: | _____ | _____ |
| Department Name: | _____ | _____ |
| Location Code: | _____ | _____ |
| Cost Center: | _____ | _____ |
| Supervisor's Name: | _____ | _____ |
| Work Phone: _____ | Work Ext. _____ | Sr. Manager _____ |
| Fax Number: _____ | Pager #: _____ | ☐ Drives for the Company? |

**☐ Job Action/Reason**

Choose action type/reason, and complete information

☐ Job Reclassification   ☐ Demotion/   ☐ Promotion/
☐ Lateral Job Change/      ☐ Employee request   ☐ Internal Job Opportunity
  ☐ Internal Job Opportunity   ☐ Poor Performance   ☐ Career Progression
  ☐ Reorganization   ☐ Reorganization   ☐ Outstanding Performance

| Job Title: | _____ | _____ |
|---|---|---|
| Job Code: | _____ | _____ |
| Exempt/Non-exempt: | ☐ Hourly   ☐ Salaried | ☐ Hourly   ☐ Salaried |

**☐ Employment Status/Type**

| Employment Status: | ☐ Full Time   ☐ Part Time | ☐ Full Time   ☐ Part Time |
|---|---|---|
| | ☐ On Call   Hrs/Wk:____ | ☐ On Call   Hrs/Wk:____ |
| Employment Type: | ☐ Regular   ☐ Temporary | ☐ Regular   ☐ Temporary |

**☐ Pay Rate Change**

| Type | Old Rate | + Amt of change | = New Rate | % of Change |
|---|---|---|---|---|
| Adjustment: | Amt: ____ | Inc: ____ | Amt: ____ | Pct:____ |
| Merit: | Amt: ____ | Inc: ____ | Amt: ____ | Pct:____ |
| Promotion: | Amt: ____ | Inc: ____ | Amt: ____ | Pct:____ |
| Frequency: | | / | | / |
| Salary Plan/Grade: | _____ | | _____ | |

**☐ Data Change**

| Shift: | _____ | _____ |
|---|---|---|
| Std. Earn. Code: | _____ | _____ |
| Standard # Hours/Week: | _____ | _____ |
| Schedule: | _____ | _____ |

**☑ Termination**
Reason (Check one):

☐ Attendance ATT   ☐ Driving Violation   ☐ Other Voluntary OTV
☐ Career Advancement   ☐ Early Retire   ☐ Personal Reasons PER
☐ Death DEA   ☐ End Temp END   ☐ Term/Joint Venture
☐ Dissatisfied   ☐ For Cause CSE   ☐ Reduction in Force RIF
☐ Dissatisfied with Pay   ☐ Inability to Do Job   ☐ Resign, Competitor
☐ Dissatisfied w/Type of Work   ☐ Job Abandonment JOB   ☐ Resign, Other Job
☐ Dissatisfied w/Supervisor   ☐ Military Service MIL   ☐ Retirement RET
☐ Mutual Consent MUT   ☐ Other Voluntary OTV   ☐ Sold Company
☐ Unsatisfactory Performance   ☐ Misstatement on Application

No Return From LOA

| Sev End Date: _____ | Date Last Worked: 11/8/2000 | Vac Pay Due: 0 hrs. |
|---|---|---|
| Last Pay Run Date: _____ | Standard Earn Date: _____ | Eligible for Rehire? ☐ Yes ☑ No |

**☐ Additional Information/ Comments**

FMLA expired 4/4/00. No job available from LOA.

L. [signature] 5/15/00

| Initiated by/Date | 1st Level Approval/Date | 2nd Level Approval/Date | HR Approval/Date |
|---|---|---|---|

**Copy to:** Human Resources   Payroll   Supervisor   Employee   HRIS Processing by/Date ____ / ____ / ____

P1877 (9/98)