# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**CHAMBERS OF**
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-3220**
**Fax (410) 962-6836**

March 1, 2004

J. Scott Morse, Esquire
Law Office of J. Scott Morse
334 St. Paul Place
Baltimore, MD 21202

Brian Steinbach, Esquire
Frank C. Morris, Jr., Esquire
Epstein, Becker and Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C.  20037-1175

Re:    <u>Anthony Passauer v. Quest Diagnostics, Inc., Civil No. CCB-03-159</u>

Dear Counsel:

This will confirm that a motions hearing has been scheduled in this case for **Friday, April 16, 2004** at **10:30 a.m.** in Courtroom 7D.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge