IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY PASSAUER                  :

v.                                :   CIVIL NO. CCB-03-159

QUEST DIAGNOSTICS, INC.           :

...o0o...

ORDER

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that

1. Plaintiff Anthony Passauer's request for leave to amend the complaint (docket no. 17) is Denied.

2. Plaintiff Anthony Passauer's motion to compel discovery (docket no. 13) is Denied.

3. Defendant Quest's motion for summary judgment (docket no. 14) is Granted; and

4. The Clerk shall CLOSE this case.


__April 22, 2004__                           _____/s/_____
       Date                                  Catherine C. Blake
                                             United States District Judge