IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY PASSAUER,**<br><br>            **Plaintiff,**<br><br>   v.<br><br>**QUEST DIAGNOSTICS INCORPORATED,**<br><br>            **Defendant.** | **Civil No.: CCB 03-CV-159** |

**MEMORANDUM IN SUPPORT OF**
**DEFENDANT'S BILL OF COSTS**

Pursuant to Local Rule 109.1, Defendant Quest Diagnostics Incorporated ("Quest") submits this memorandum in support of its Bill of Costs. In support thereof, Quest states as follows:

1.    On April 22, 2004, the Court granted Quest's motion for summary judgment and ordered the case closed. Accordingly, Quest is the prevailing party in this matter.

2.    Pursuant to Fed. R. Civ. P. 54(d), costs shall be allowed as of course to the prevailing party. Accordingly, Quest is entitled to recover from Plaintiff the costs set forth in 18 U.S.C. § 1920.

3.    As set forth in the Bill of Costs and in the accompanying Declaration of Brian Steinbach, Quest incurred $517.00 in costs in taking the deposition of Plaintiff and obtaining a copy of the transcript of his deposition. The Plaintiff's deposition was necessarily obtained for use in this case. In particular, this transcript was used in support of Defendant's successful motion for summary judgment.

DC:252105v1

- 2 -

4. The costs of transcribing depositions necessarily obtained for use in the case are properly awarded to the prevailing party. 28 U.S.C. § 1920(2); see, e.g., Cherry v. Champion International, 186 F.3d 442 (4th Cir. 1999).

WHEREFORE, Quest respectfully requests that the Court award it its costs in the amount of $517.00.

Respectfully submitted,

_____/s/_____
Frank C. Morris, Jr., Esq.
Bar No. 05157
Brian Steinbach, Esq.
Bar No. 024849
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 861-0900

Attorneys for Defendant
Quest Diagnostics Incorporated

Dated:  April 23, 2004

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 23, 2004, a copy of the Memorandum in Support of Defendant's Bill of Costs, with Exhibit A attached thereto, was electronically filed and served on the following:

> J. Scott Morse, Esq.
> Law Office of J. Scott Morse, LLC
> 334 St. Paul Place
> Baltimore, MD 21202
>
> Attorneys for Plaintiff

> _____/s/_____
> Brian Steinbach, Esq.
> Bar No. 024849
> EPSTEIN BECKER & GREEN, P.C.
> 1227 25th Street, N.W., Suite 700
> Washington, D.C. 20037
> (202) 861-0900
> Fax: (202) 296-2882

## DECLARATION OF BRIAN STEINBACH

I, Brian Steinbach, declare as follows:

1. I am an attorney at the law firm of Epstein Becker & Green, P.C., counsel of record for Defendant Quest Diagnostics Incorporated ("Quest"). This declaration supports Quest's bill of costs.

2. A true and accurate copy of the invoice in the amount of $517.00 for the deposition transcript of the deposition of Plaintiff Anthony Passauer is attached hereto as Exhibit A.

3. The services for which this invoice charges were actually and necessarily performed. The transcript of Plaintiff's deposition was necessarily obtained for use in this case and in particular was used in this case for Defendant's Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of April, 2004 at Washington, D.C.


Brian Steinbach

*Counsel hereby certifies that he has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.

**EXHIBIT A**

Case 1:03-cv-00159-CCB   Document 24-2   Filed 04/23/2004   Page 5 of 6

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# STATEMENT

*OK 47104.dc2/
BMW
10/22/03*

*file*

| ACCOUNT NO. | DATE |
|---|---|
| EPSTWA01 | 10/20/2003 |

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | .00 | 517.00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | .00 | 517.00 |

Brian Steinbach, Esquire
Epstein, Becker & Green, P.C.
1227 25th Street, NW
Suite 700
Washington, DC 20037

PAGE  1  OF  1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 08/20/2003 | 94856 | 517.00 | 08/15/2003 | Anthony Passauer, Jr | Passauer -v- Quest Diagnostics |

**TAX ID NO.:**   52-1684455

*Please detach bottom portion and return with payment.*

Brian Steinbach, Esquire
Epstein, Becker & Green, P.C.
1227 25th Street, NW
Suite 700
Washington, DC 20037

Account No.: EPSTWA01
Date       : 10/20/2003

**TOTAL DUE** : 517.00

Remit To:   **L.A.D. Reporting Company**
            **1684 East Gude Drive**
            **Suite 201**
            **Rockville, MD 20850**